**DAVID B. AUTRY**, OBA No.11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, CA Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
**TIVON SCHARDL**, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Tim_Schardl@fd.org

Attorneys for Petitioner,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES COURT OF APPEALS

## TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | (E.D. Okl. Nos. 6:04-cr-00115-JHP, |
| KENNETH EUGENE BARRETT, | ) | 6:09-cv-00105-JHP) |
| | ) | (lower docket) |
| Petitioner/Appellant. | ) | |

---

## PETITIONER/APPELLANT'S VERIFICATION OF SECTION 2255(h)(1) TO FILE MOTION FOR AUTHORIZATION TO FILE A SECOND SECTION 2255 MOTION TO VACATE

Petitioner, Kenneth E. Barrett, through his court-appointed attorney, and Joan M. Fisher of the Federal Defender of the Eastern District of California, files this Verification of Section 2255(h)(1) Motion for Authorization to File a Second Motion to Vacate.

Dated:   May 11, 2016.

Respectfully submitted,

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender

*/s/Joan M. Fisher*
JOAN MARIE FISHER, ID Bar #2854
Assistant Federal Defender

DAVID B. AUTRY, OBA No.11600
Attorney at Law

Attorneys for Petitioner,
KENNETH E. BARRETT

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:04-CR-00115-JHP-SPS |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

---

## DEFENDANT'S VERIFICATION OF SECTION 2255(h)(1) MOTION FOR AUTHORIZATION TO FILE A SECOND MOTION TO VACATE

---

KENNETH EUGENE BARRETT, a person over eighteen and competent to

testify, mindful of the penalty of perjury, deposes and says as follows:

I am the Defendant/Petitioner in this case and in Case No. 6:09-CV-00105-JHP. Today, I met with my attorney, Assistant Federal Defender, Joan M. Fisher. We fully discussed the filing of a Motion for Authorization to File A Second Motion under 28 U.S.C. §2255(h)(1) raising newly discovered evidence that supports a claim of serious police and prosecutor misconduct resulting in my wrongful conviction for the death of Trooper Eales. I have been fully informed of all of the newly discovered evidence we have found and the impact that we believe it has on the record as a whole to establish my innocence. I believe the matters alleged and that the evidence we have found and that is in the record supports my innocence. I have authorized the filing of the Motion.

Executed by me this 5th day of May, 2016.

Kenneth Eugene Barrett

## CERTIFICATE OF DIGITAL SUBMISSION

I certify that all required privacy redactions have been made and, with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk. I further certify that the ECF submission was scanned for viruses using Systematic Endpoint Protection, updated, May 11, 2016, and according to the program is free of viruses.

Dated:  May 11, 2016

*/s/Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender
Office of the Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 11th day of May, 2016, I caused the foregoing:

**DEFENDANT'S VERIFICATION MOTION OF SECTION 2255(h)(1)
MOTION FOR AUTHORIZATION TO FILE A SECOND SECTION 2255
MOTION TO VACATE**

to be filed with the Clerk of the Court of Appeals using the ECF System for filing

and with service to be made electronically on the following ECF registrants:

Jeffrey B. Kahan
United States Department of Justice
jeffrey.kahan@usdoj.gov,


Christopher J. Wilson
Assistant United States Attorney
chris.wilson@usdoj.gov
Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov
United States Department of Justice
Eastern District of Oklahoma

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.


Dated: <u>May 11, 2016</u>

/s/Joan M. Fisher
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender
Office of the Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814