# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

**KENNETH EUGENE BARRETT,**      )
     )
              *Movant,*      )
     )
**v.**      )
     )
**UNITED STATES OF AMERICA,**      )
     )
              *Respondent.*    )

---

**EXHIBIT 3b**

---

# IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

**THE STATE OF OKLAHOMA,**
                        **Plaintiff,**

vs.                                                    No. CF-97-86

BARRETT, KENNETH EUGENE          ,
                        **Defendant.**

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

MAR 2 4 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

### A F F I D A V I T

State of Oklahoma   )
County of Sequoyah ) ss.

        DET. LARRY BLOUNT          , of lawful age and being first duly sworn upon an oath, deposes and says:

On December 19, 1996 AT APPROXIMATELY 1310 HOURS, AN AGENT PURCHASED ONE-QUARTER (1/4) GRAM OF METHAMPHETAMINE FROM Kenneth EUGENE BARRETT OF MCKEY, SEQUOYAH COUNTY, OKLAHOMA. THIS AGENT USED TWENTY-FIVE DOLLARS ($25.00) OF OKLAHOMA STATE BUREAU OF NARCOTICS (OBN) OFFICIAL ADVANCED FUNDS DURING THE BUY.

SURVEILLANCE DURING THE BUY WAS MADE BY THIS OFFICER AND ANOTHER AGENT OF THE OBN.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this 18th day of மaxcന____, 1997.

MY COMMISSION EXPIRES:
3.23.2000

                        NOTARY PUBLIC

### FINDING OF PROBABLE CAUSE

        The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant(s).
        DATED this 24th day of MArch , 1997.

                        JUDGE OF THE DISTRICT COURT