**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

---

**EXHIBIT 3c**

---

# OKLAHOMA STATE BUREAU OF
## NARCOTICS AND DANGEROUS DRUGS CONTROL

## REPORT OF INVESTIGATION

Case Number: CRE 96-298       Reporting Date: 01/27/97

Reporting Agent: KEVIN OTTWELL       Status: Pending/Initial

FILE TITLE:       KENNETH EUGENE BARRETT

DEFENDANT(S):   D1)   KENNETH EUGENE BARRETT
W/M, 5'10", 145 lbs., Eyes/Blue, Hair/Blonde
DOB: 06/29/61, SSN: 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
ADDRESS: Route 1, McKey, OK 74955

VIOLATIONS:     D1)   Unlawful Delivery of CDS
Violation of Title 63 § 2-401

IDENTIFICATION OF EVIDENCE:

1)    An off-white powder substance contained in a cellophane wrapper.

Chain of Custody: Barrett to this agent and from this agent to OSBI Laboratory in Tahlequah, Oklahoma, via U.S. Certified Mail, Return Receipt Requested, Z 346 910 200, using OBN Seal #28610, on January 27, 1997.

MONEY LIST:

| DENOMINATION | SERIAL # |
| --- | --- |
| $20.00 | B31327945M 1990 Series |
| $ 5.00 | E30271771B 1995 Series |

DESCRIPTION OF VEHICLE:   N/A

LIST OF WITNESSES:

Primary:
1)    Kevin Ottwell, Agent, Oklahoma Bureau of Narcotics
3313 West 45th Street, Tulsa, Oklahoma 74107
Telephone: 918/446-1616

2)    Robert Jerome, Agent, Oklahoma Bureau of Narcotics
3313 West 45th Street, Tulsa, Oklahoma 74107
Telephone: 918/446-1616

OFFICIAL USE ONLY

This report is the property of the Oklahoma State Bureau of Narcotics and Dangerous Drugs Control, neither it nor its contents may be disseminated outside the agency to which it is loaned.

00001162

KEB301350

3)   OSBI Chemist, OSBI Laboratory
     700 North Vinita, Tahlequah, OK
     Telephone: 918/456-0653

4)   Larry Blount, Detective, Sallisaw Police Department
     115 North Elm, Sallisaw, Oklahoma 74955
     Telephone: 918/775-4177

## SUMMARY:

On December 19, 1996, at approximately 1310 hours, this agent purchased one-quarter (1/4) gram of methamphetamine from a KENNETH EUGENE BARRETT of McKey, Sequoyah County, Oklahoma. This agent used Twenty-Five Dollars ($25.00) of Oklahoma State Bureau of Narcotics (OBN) official advanced funds during the buy.

Surveillance during the buy was provided by OBN agent Robert Jerome and Sallisaw Police Detective Larry Blount.

No arrests were made and no vehicles were seized.

## DETAILS:

On December 19, 1996 this agent and Oklahoma Bureau of Narcotics (OBN) agent Robert Jerome traveled to the residence of KENNETH E. BARRETT who lives in rural Sequoyah County in the McKey community. Sallisaw police detective Larry Blount knew Barrett to live at this location. A confidential informant (CI) knew BARRETT to deal in methamphetamine and had reason to believe BARRETT would sell same to this agent. Surveillance was provided from this agent's assigned Bureau vehicle by Sallisaw Detective Larry Blount and District Attorney's Investigator Frank Loyd.

At approximately 1235 hours this agent and Agent JEROME, along with the CI, arrived at BARRETT's house in the CI's vehicle. This agent honked the horn and BARRETT came out to speak with the CI. After a few minutes of conversation with BARRETT beside the van, the CI said that BARRETT currently had no controlled dangerous substance (CDS). However, if this agent would come back in one-half (1/2) hour BARRETT would obtain some methamphetamine.

At approximately 1305 hours this agent, Agent Jerome, and the CI returned to BARRETT's house and this agent honked the horn. This agent could see BARRETT motion at a front window for the CI to come inside. This agent and the CI went to the front door and were admitted to the house by a white male, approximately thirty-two (32) years of age, with long reddish blonde hair.

OFFICIAL USE ONLY
This report is the property of the Oklahoma State Bureau of Narcotics and Dangerous Drugs Control, neither it nor its contents may be disseminated outside the agency to which it is loaned.

00001163
KEB301351

This agent followed the CI and BARRETT to an adjacent room where BARRETT obtained a quantity of an off-white powder substance from a dresser and this agent then handed Twenty-Five Dollars ($25.00) in OBN official advanced funds (OAF) to BARRETT. BARRETT sat down at a desk and proceeded to separate out one-quarter (1/4) gram methamphetamine with a plastic credit card. BARRETT asked for a cigarette wrapper and this agent and the CI took the wrapper off of the CI's cigarettes. This agent handed the wrapper to BARRETT who placed a quantity of the substance in the wrapper. BARRETT examined the quantity and then handed it to this agent.

This agent and the CI thanked BARRETT and BARRETT inquired with the CI about a motorcycle which he (BARRETT) would be willing to give an "ounce" for. This agent and the CI then left the house and left the area with Agent Jerome. A field test by this agent at the Sallisaw Police Department indicated the substance was amphetamine/methamphetamine. This agent can identify BARRETT again at a later time if necessary. This agent spoke with Agent Jerome and Sallisaw detective Blount whose surveillance observations noted nothing additional to this violation.

This agent then returned to the Tulsa District Office where the substance was sealed and placed into the evidence locker.

On January 27, 1997 this agent mailed the substance to the OSBI Laboratory at Tahlequah, Oklahoma by U.S. Certified Mail, Return Receipt Requested, Z 346 910 200, using OBN seal #28610.

This is an ongoing investigation and further reports will follow as the case progresses.

LIST OF ATTACHMENTS:

1)   Photocopy of OSBI Lab Submittal sheet
2)   Photocopy of OSBI Lab Submittal Envelope
3)   Photocopy of Mailing Documents


_____        ____1/27/97____
              Agent's Signature         Date

_____        ____1/28/97____
              Supervisor's Approval     Date

DISSEMINATION:

1)   Sequoyah County District Attorney

OFFICIAL USE ONLY
This report is the property of the Oklahoma State Bureau of Narcotics and Dangerous
Drugs Control, neither it nor its contents may be disseminated outside the agency to
which it is loaned.

00001164

KEB301352