# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
    *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
    *Respondent.*  )

---

**EXHIBIT 3d**

---



# OKLAHOMA STATE BUREAU OF INVESTIGATION

Tahlequah Regional Laboratory
P.O. Box 767
Tahlequah, OK 74465
(918) 456-0653

## CRIMINALISTICS EXAMINATION REPORT

| LAB NO.: | 97-1078 | Reported To: | OBNDD |
| | | Address: | 3313 W. 45th |
| | | | Tulsa, Oklahoma 74107 |

| Date Received: | 01-29-97 | | |
| Date Reported: | 04-30-97 | | |
| Classification of Case: | Drugs | Submitted By: | Kevin Ottwell, OBN |
| | | | By Cert. Mail Z 346 910 200 |

| Suspect(s): | Kenny BARRETT, WM | Victim(s): | |

**Description of Evidence:**
Sealed manilla envelope containing sealed evidence envelope with OBN seal #28610 containing manilla envelope containing:

#T1     Small ziplock plastic bag containing cellophane wrapper containing off white powder, net weight: 0.15 gram.

#T2     Piece of notebook paper with writing.

**Analysis of Evidence:**

| ITEMS: | ANALYSIS: |
| #T1 | Methamphetamine, Schedule II. |
| #T2 | Not analyzed. |

Dennis W. Reimer
Senior Criminalist

DWR/cr

Pursuant to Title 22 O.S. Section 751,
I hereby certify that I am maker of
this document, and that it is a true and
correct report of the findings of the
Oklahoma State Bureau of Investigation
Criminalistics Laboratory.



00001170

KEB301358