# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
                                             )
                     *Movant,* )
                                             )
v.                                        )
                                             )
UNITED STATES OF AMERICA, )
                                             )
                    *Respondent.* )

---

## EXHIBIT 3e

---



Aug 27, 1997
@ 1:00 p.m.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

STATE OF OKLAHOMA
OFFICE OF THE DISTRICT ATTORNEY
DISTRICT 27

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

RE: State v. *Barnett* CF-*97-86*

~~Preliminary Hearing~~ Date *7-2-97*

Dear

I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

1. Number of years: *15 yr susp. sent*
2. Subject to PSI reserving right to object to a deferred or suspended: Yes _____ No _____
3. Fine: $ *1000*
4. Victim of Crime Fund: $ *250*
5. Drug Enforcement Fund: $ *100*
6. Restitution: $ *$150 coffee*
7. Hours of Community Service: _____
8. Other: *Court Costs*

I reserve the right to change this recommendation until your client's acceptance. Please contact me if you have additional information or questions.

Thank you for your consideration in this matter.

*R+C prob.*
*w/ substance abuse tx*

Sincerely,

_____
Assistant District Attorney