# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
   )
       *Movant,*    )
   )
v.    )
   )
UNITED STATES OF AMERICA,    )
   )
       *Respondent.*  )

---

# EXHIBIT 3g

---

# SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA,
Sequoyah County, } SS:          IN DISTRICT COURT          CASE No.  CRM-_____
                                                                     CRF - 97-86

In the Name of the State of Oklahoma

To Frank Lloyd
   Dist. Atty's Office
   Sequoyah County Courthouse, Sallesow, OK _____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ___27th___ day of ___August___, 1997 at the hour of ___1:00___ o'clock in the ___After___ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against ___Kenneth Barrett___ on behalf of the ___Defendant___

Dated at Sallisaw, in said Sequoyah County, the ___25th___ day of ___August___, 19 97
Hereof fail not, under penalty of law.

Bernell Edwards, Court Clerk

By _Patty Lassiter_

                                                              Deputy