# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
       *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
       *Respondent.*  )

---

**EXHIBIT 3h**

---

# IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

## CRIMINAL JURY DOCKET
## CIVIL JURY DOCKET
### COMMENCING MONDAY JANUARY 25, 1999
### 9:00 A.M.

| | |
|---|---|
| **HONORABLE JOHN C. GARRETT** District Judge | **HONORABLE JAMES EDMONDSON** District Judge |
| **HONORABLE MIKE NORMAN** District Judge | **HONORABLE BRUCE SEWELL** District Judge |
| **HONORABLE A.J. HENSHAW, JR.,** Associate District Judge | **HONORABLE DENNIS SPROUSE** Special District Judge |

## MONDAY, JANUARY 25, 1999  cont – 8th

| CF-98-134 | State of Oklahoma | District Attorney |
|---|---|---|
| | vs. | (Dowty) |
| JUDGE GARRETT | Ruben Guitterrez | Lowell Burgess, Jr. |

| D-94-370 | Robert A. Smith | C. Woods |
|---|---|---|
| | vs. | |
| JUDGE SPROUSE | Jeanne Ann Smith | Jeanne Ann Smith 103 Windham Apt 5, B 1 Poteau, OK 74953 |

## TUESDAY, JANUARY 26, 1999

| CF-94-277 | State of Oklahoma | District Attorney |
|---|---|---|
| | vs | |
| JUDGE GARRETT | Wayne Hill | Donn Baker |

| | | |
|---|---|---|
| CF-95-346 | State of Oklahoma<br>vs | District Attorney |
| JUDGE HENSHAW | Daniel Wolbert | Frank Sullivan |

## WEDNESDAY, JANUARY 27, 1999

| | | |
|---|---|---|
| CS-96-80 | Barbara D. Lewis<br>vs | Barney Long |
| JUDGE GARRETT | Thomas K. Frizzell and<br>Daisy J. Frizzell | John T. Cripps |

| | | |
|---|---|---|
| CF-97-86 | State of Oklahoma<br>v | District Attorney<br>(Cowan) |
| JUDGE HENSHAW | Kenneth Barrett | Kenneth Eugene Barrett<br>Rt. # 2 Box 93-6<br>Vian, OK 74962 |

| | | |
|---|---|---|
| CF-98-373 | State of Oklahoma<br>vs | District Attorney |
| JUDGE GARRETT | Harvey Joe Robison | Gerald Hunter |

## THURSDAY, JANUARY 28, 1999

| | | |
|---|---|---|
| CJ-94-29 | Michael Bowman, et al.,<br>vs | Harry Scoufos<br>Tom Condit |
| JUDGE GARRETT | Sequoyah Fuels Corp | Michael Masterson<br>James E. Frasier<br>Jon Brightmire<br>Steven R. Hickman |

| | | |
|---|---|---|
| CF-96-350 | State of Oklahoma<br>vs | District Attorney<br>(Cowan) |
| JUDGE HENSHAW | Jackie Wayne Nelson | OIDS OKC<br>Albert L. Wheeler, III |