# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
                )
        *Movant,*    )
                )
v.                  )
                )
UNITED STATES OF AMERICA, )
                )
      *Respondent.* )

---

## EXHIBIT 4

---

<u>DECLARATION OF LARRY BLOUNT</u>

Larry Blount, a person over the age of eighteen and competent to testify, declare the following:

1. I am a former police officer for the Sallisaw Police Department in Sallisaw, Oklahoma. I served as a police officer in Sallisaw for _20_ years, during which time I was trained and tasked with drug enforcement, among other responsibilities.

2. In my capacity as a law enforcement officer in the enforcement of drug activity and public corruption, I also worked directly with the FBI.

3. As a result of my training, experience and observations of the drug activity in Sallisaw and the surrounding area, I can and do attest to the following.

4. As part of my responsibilities as a law enforcement officer in enforcing the drug laws of the state of Oklahoma, City of Sallisaw, I became very familiar with a number of the practices and activities of the law enforcement officers from the Sallisaw Police Department, state agencies including Oklahoma Bureau of Narcotics, County Sheriff Officers and the District 27 County Multi-County Drug Task Force, as well as the agents working in drug enforcement for those agencies.

5. In my capacity as a law enforcement officer charged with drug investigations and enforcement, I also became very familiar with the persons known to be engaged in drug use, possession, manufacture and delivery and came to handle a number of those people as confidential informants ["CI"] from whom I would receive reliable and credible information in the course of my law enforcement responsibilities.

Declaration of Larry Blount  -1

6. As a result of my lengthy experience and observations in my capacity as law enforcement officer, I became very familiar with both Clint Johnson and Frank Lloyd and their methods and practices of drug enforcement in the Sallisaw, Sequoyah County and surrounding areas.

7. In the course of my experience as a law enforcement officer in Sallisaw, Oklahoma, I also became very familiar with allegations of significant drug activities by a person known as Kenneth Barrett.

8. I was one of the local officers involved in the sale of 1/4 gram of methamphetamine by Kenneth Barrett to Kevin Ottwell with a confidential informant. Frank Lloyd and I were charged with providing back up for Oklahoma Bureau of Narcotics (OBN) agent Ottwell and his partner, who was usually Agent Earl *Beavers* but on this day was Agent Robert Jerome. Jerome rode with Ottwell.

9. Lloyd and I, who were in the same vehicle, were following Ottwell's vehicle but we lost them *after I got a flat tire.* I knew well where Barrett's cabin was so we continued in that direction when able. By the time we caught up with Ottwell *was already on the way back and* the sale had already been accomplished. I think I recall Ottwell showing me the drugs.

10. Although I did not witness it, I firmly believe that this drug transaction was completed in the manner described by Agent Ottwell because I had worked with Agent Ottwell on other occasions and found him to be a truthful and credible person. Over the years, I had come to trust him.

Declaration of Larry Blount  -2

11.   Sallisaw is a very corrupt town. Though there certainly were honest cops there, there are many who were untrustworthy and unprincipled in their drug enforcement activities.  Among them are Clint Johnson and Frank Lloyd.

12.   You don't have to be a crooked cop to make drug arrests. There are plenty of good drug arrests to make in Sequoyah County and honest cops ready to make them.  When you are a drug enforcement officer working the streets, all you have is your integrity. I kept mine.  Clint Johnson and Frank Lloyd did not.

13.   As a result of my work in Sallisaw with many different agencies, officers and confidential informants, I came to know the people you could trust and the ones that you couldn't.

14.   Johnson's reputation preceded his hiring by the Drug Task Force. In his prior job with Sequoyah County, he already had reputation for not doing things by the book, for stretching the truth.

15.   Although I actively supported Frank Lloyd's hire and advancement, he, too, turned out not be a trustworthy law enforcement officer.

16.   My experience and observations made clear that I could not and therefore, did not trust either Clint Johnson or Frank Lloyd. They had reputations for dishonesty and for being over-zealous in their law enforcement activities.  Many of their arrests that utilized confidential informants were questionable.  For example, I always searched my confidential informants for drugs before allowing them to make a buy.  They did not. If one of my informants got busted for doing something on their own, I did not come to

Declaration of Larry Blount   -3

their rescue. Johnson and Lloyd protected their informants even when they went rogue or were known to be dishonest.

17. Because of the information I possessed and the reputations of both Johnson and Lloyd, I never passed on information to either one of them.

18. Drugs often went missing when Chief Gary Philpot was involved. Several women who were arrested by Chief Philpot credibly told me and other officers that Chief Philpot would take them to a Baptist Church parking lot and demand sexual favors. Although I reported this to the appropriate authorities on several occasions, no action was ever taken. I subsequently reported these activities to officials of the federal government.

19. Gilbert (Boss) Green was one of the wealthiest people in town. He was the subject of many investigations by me and by federal authorities. As part of those investigations, I often followed Boss Green. He purchased drugs from numerous dealers and manufacturers and was a known major player in the meth trade in Sallisaw.

20. I arrested Boss Green myself on ~~three~~ occasions, ~~once~~ for drugs and ~~twice~~ for weapons. He was never prosecuted. The ~~drugs and a weapons~~ arrest ~~were~~ expunged. I was told to destroy the lab results, which I did not do.

21. Instead, ~~when I retired,~~ I sent the lab results to the Oklahoma Bureau of Narcotics. The decision not to prosecute Green was first made locally and then made at the highest level of the state, at the Oklahoma Attorney General's office. Nobody ever told me why, but I understood that he was too politically powerful to prosecute.

Declaration of Larry Blount -4

22. On occasion, in the course of an investigation, I followed Boss Green to Ken Barrett's residence. There is no reason for someone as rich as Boss go to Barrett's but to buy drugs, presumably for the many young girlfriends he had, some of whom he kept in houses he owned, although he was married and still lived with his wife.

23. Although I made numerous reports about my suspicions of illegal drug activity by Samuel Valdivia, a trainer at the Blue Ribbons Downs racetrack, to Sheriff John Philpot, nothing was ever done until the DEA became involved. Finally, in 2006, when John Philpot was no longer sheriff, Samuel and his wife Rhonda Valdivia, who is related to John and Gary Philpot, and Paul Philpot, Travis E. Philpot and former County Commissioner Hoyt W. Philpot, among others, were charged with transporting throughout the United States and Mexico thousands of pounds of cocaine and marijuana in Valdivia vehicles and horse trailers.

24. Informants often told me previously about purchasing drugs from Kenneth Barrett. I always passed on that information to Sheriff John Philpot. No charges were ever filed. I do not know why.

25. It was well known in the community that when law enforcement previously attempted to arrest Barrett at his home, he ran to his mother's house and hid, and later turned himself in.

26. As for Rocky Eales dying. I am so sorry for him and his family, and I would not shed a tear if Barrett died for it. But still I can't believe it went down that way. It makes no sense. Whether the Oklahoma Highway Patrol Tac Team had their lights on or not, they knew they were driving onto the property in the middle of the night of a

Declaration of Larry Blount   -5

known meth addict who was known to be heavily armed and possessed night vision glasses.

27. I have been on raids with John "Buddy" Hamilton before. I know he knew better.

I declare, under penalty of perjury, that the foregoing six-page declaration is true and correct.

Executed by me this ___18___ day of ___Dec._____, 2014, in Sequoyah County, Oklahoma.

_____
Larry Blount

Declaration of Larry Blount   -6