# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
        *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
       *Respondent.*  )

---

## EXHIBIT 5

---

# DECLARATION OF HON. A.J. HENSHAW, Ret'd.

I, Aubrey Judson (A.J.) Henshaw, Jr., a person over eighteen (18) and competent to testify, declare as follows:

I am a former Associate Judge of the District Court of Sequoyah County.

I became a judge in 1981 and retired at the end of 2010.

While serving in my capacity as a Sequoyah County judge, I caused to have the clerk sign a warrant for the arrest of Kenneth Barrett due to his failure to appear ["FTA"] for a jury trial on January 28, 1999 in case number CF-97-86. I have no personal recollection of the event but have reviewed a copy of the warrant provided to me by Leonard Post, an investigator for Mr. Barrett. A copy of the same is attached and initialed by me, as is a copy of the docket in the above entitled matter.

Though the case was assigned to District Judge John Garrett, he was normally in Sequoyah County only two days a week unless he was in trial in the County. In his absence, I would sign such warrants. After looking at the docket in this case, and noting his failure to appear for trial, I would as a matter of course, have assumed that Mr. Barrett had notice to appear, ~~even though that may or may~~  ~~not have been true.~~ I would then, based upon the docket, have caused to have the

warrant issue for failure to appear. Such an action on my part would have been *pro forma.*

In 1999, I was the also judge who notified the clerk when a judge required jurors. Because it was Judge Garrett's case, I would have been in touch with his court clerk to ascertain his requirements. After reviewing the declaration of Sequoyah County Clerk Vicki Beaty, a copy of which is initialed by me and attached hereto, it is apparent that Judge Garret had not requested that jurors be present for the day set for Mr. Barrett's trial.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2015, in Sequoyah County, Oklahoma.

A.J. Henshaw, District Judge, Ret'd

# BENCH WARRANT ON INDICTMENT OR INFORMATION

ISSUED
1-28-99

STATE OF OKLAHOMA,)
SEQUOYAH COUNTY, )

IN THE DISTRICT COURT

THE STATE OF OKLAHOMA )
VS. )
)
Kenneth Eugene Barrett )
)
_____ )
)
DOB: 6/29/61 SS# 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 )

CASE NO: CF-97-86

## THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma-Greeting:

Whereas an Information having been filed on the _____ day of _____
19_____, in the District Court of Sequoyah County, State of Oklahoma, charging
Kenneth Eugene Barrett with the crime of Unlaw. del. of CD and
failure to appear for jury trial

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE
NAMED: Kenneth Eugene Barrett
and bring him before* A.J. Henshaw
or if the said Court have adjourned for the term that you deliver him into the custody of
the Sheriff of Sequoyah County, Oklahoma.

Given under my hand and the seal of said Court affixed. this 28th day of Jan
19 99 . By order of the Court.

BERNELL EDWARDS, COURT CLERK

by: Amanda Wooly
Deputy Court Clerk

## S H E R I F F ' S  R E T U R N

Received the Writ on the _____ day of _____ 19___, at _____ o'clock
_____ M., and executed on the _____ day of _____ 19___, at _____ o'clock
by: _____

DATED THIS _____ DAY OF _____ 19___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK.

_____
DEPUTY

*see sec. 5384, Wilson's Statutes

168        169

KEB502167

# ON DEMAND COURT RECORDS

## CASE DETAIL

| | |
|---|---|
| County: | Sequoyah - County Last Updated: 03/13/2009 08:00 |
| Case: | CF-97-00086 STATE OF OKLAHOMA vs. BARRETT, KENNETH EUGENE |
| Date Filed: | 03/24/1997 |
| Amount Owed: | $0.00 (as of 03/13/2009 08:00) |

## OFFENSE

UNLAWFUL DELIVERY OF CONTROLLED DRUG

| Parties | |
|---|---|
| Defendant | BARRETT, KENNETH EUGENE - VIAN OK |
| Attorney | ECHOLS, JOHN DAVID - TULSA OK |
| DA | DISTRICT ATTORNEY OF SEQ. CO - SALLISAW OK |
| Officer | BLOUNT, LARRY - SALLISAW OK |
| Judge | PAYTON, JEFF |
| Agency | SALLISAW POLICE DEPT. - SALLISAW OK |

| Case Entries | | |
|---|---|---|
| Date: | Case Entries | Amount |
| 03/24/1997 | PRE COMPUTER | |
| 08/04/1997 | FILE IS READY FOR INSPECTION | |
| 08/27/1997 | CM: DMS DEF. APPEARS W/ATTY ROGERS, STATE REP. BY BARNES, CASE SET THIS DATE FOR PREL; WITNESSES SWORN, TESTIMONY HEARD, DEF. BOUND OVER FOR TRIAL, DCA SET FOR OCT 9, AT 1:30 P.M. BEFORE JCG. 27-84 | |
| 10/09/1997 | CM: JCG STATE APPEARS BY S BARNES, DEF WITH ATTY B. ROGERS. DEF ENTERS PLEA NOT GUILTY. SET FOR NEXT JURY DOCKET. 27-148 | |
| 10/16/1997 | TRANSCRIPT OF PROCEEDINGS PRELIMINARY HEARING HAD ON THE 27TH DAY OF AUGUST 1997 BEFORE JUDGE SPROUSE-1 ORIGINAL | |
| 06/12/1998 | LETTER FROM EASTERN STATE HOSPITAL (FILED IN WRONG CASE SHOULD BE FILED IN CF-98-86 ST VS. PAUL E. WARFORD) | |
| 09/02/1998 | LETTER FROM DA TO ATTY K.BARRETT | |
| 09/02/1998 | MOTION TO PRODUCE | |
| 09/03/1998 | SUBPOENA ISSUED BACK TO DA | |
| 09/08/1998 | MOTION FOR EX PARTE HEARING | |
| 09/11/1998 | MOTION TO WITHDRAW | |
| 09/14/1998 | ORDER FOR HEARING 9/24 AT 9AM. | |
| 12/14/1998 | APP FOR COURT APPT ATTY | $40.00 |
| 01/19/1999 | SUBP'S ISSUED-5 ST | |
| 01/27/1999 | CM: AJH; DEFENDANT FAILED TO APPEAR FOR JURY TRIAL. BENCH WARRANT. 29-17 | |
| 01/28/1999 | B/W ISSUED | $20.00 |



KEB504008

| | | (Entry with fee only) | $5.00 |
|---|---|---|---|
| 09/27/1999 | | BW FILED | |
| 02/24/2000 | | SUBPOENA'S ISSUED (5) ST | |
| 02/25/2000 | | LETTER FROM DA TO ATTY | |
| 03/01/2000 | | ENTRY OF APPEARANCE -ECHOLS | |
| 03/01/2000 | | OBJECTION TO 22 O.S. | |
| 03/06/2000 | | MOTION TO CONTINUE TRIAL SETTING | |
| 09/18/2000 | | ORDER FOR HEARING, JURY TRIAL | |
| 04/29/2004 | | NOTICE OF APPOINTMENT OF SPECIAL VOLUNTEER ASSISTANT DISTRICT ATTORNEY | |
| 05/17/2004 | | ENTRY OF APPEARANCE | |
| 05/24/2004 | | MOTION FOR ORDER PROHIBITING THE APPEARANCE OF PURPORTED SPECIAL PROSECUTORD AND OR SPECIAL ASSISTANT DISTRICT ATTORNEY | |
| 06/24/2004 | | MOTION FOR OARDER PROHIBITING THE APPEARANCE OF PURPORTE SPECIAL PROSECUTORS AND OR SPECIAL ASSISTANT DISTRICT ATTORNEY | |
| 02/03/2005 | | COURT MINUTE-ORDER | |
| 02/14/2005 | | ENTRY OF APPEARANCE | |
| 02/14/2005 | | ENTRY OF APPEARANCE | |
| 02/22/2007 | | CM: JP DISMISSED AS MOOT. 39-112 | |
| 03/16/2007 | | DISMISSING COSTS | $-20.00 |
| | | (Entry with fee only) | $-5.00 |
| **Total:** | | | **$40.00** |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 01/28/1999 | | Date Action: ISSUE BENCH WARRANT FAIL TO APPEAR Completed : 09/27/1999 |
| 02/03/2005 | 11:00A | Date Action: DISPOSITION DOCKET |
| 08/18/2005 | 11:00A | Date Action: DISPOSITION DOCKET |
| 08/10/2006 | 1:30P | Date Action: DISPOSITION DOCKET |
| 02/22/2007 | 1:30P | Date Action: PAYTON HEARING CRIMINAL |
| 02/22/2007 | | Date Action: ST DISMISSED/SETTLED |

| Date: | Receipts: | Amount: |
|---|---|---|
| 12/14/1998 | R1-011914 BARRETT, KENNETH EUGENE | $40.00 |



KEB504009

# DECLARATION OF VICKI BEATY

I declare the following:

1.      My name is Vicki Beaty.  I am the Clerk of the Sequoyah County Court in Sallisaw, Oklahoma.

2.      My responsibilities include maintaining records of juror summonses and records of whether citizens reported for jury service.  These records are maintained in the ordinary course of my duties as clerk of court.  The records are maintained in such a way that I can search them to determine whether jurors were called and reported for service in a given month and year.

3.      On April 21, 2009, I reviewed the records of juror summonses and reporting for January 1999.  The records reflect that no citizens were summoned for jury service in January 1999, and no jurors reported to the court during the entire month of January 1999.

I declare, under penalty of perjury as provided in the laws of the United States of America, that the foregoing one-page declaration is true and correct.

Subscribed by me this _24_ day of April, 2009, in Sequoya County, Oklahoma.

_Vicki Beaty_
VICKI BEATY

Page 1 of 1