# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
            )
           *Movant,* )
            )
v.             )
            )
UNITED STATES OF AMERICA, )
            )
          *Respondent.* )

---

# EXHIBIT 7

---

# DECLARATION OF JOHN PHILPOT

I, JOHN PHILPOT, a person over eighteen (18) years of age and competent to testify, declare as follows:

1. I am the former sheriff of Sequoyah County and previously testified against Kenneth Barrett in the state and federal prosecutions arising from the September 24, 1999 search warrant execution at Mr. Barrett's residence that ended in the death of Oklahoma Highway Patrol [OHP] Trooper David "Rocky" Eales.

2. Some weeks before the incident in which David Eales was killed, I went out to Ken Barrett's residence in my capacity as sheriff and checked the serial numbers on Barrett's rifles. Barrett was cooperative. At the time, he had an outstanding warrant but I did not arrest him. I told Ken he needed to take care of it, and he said he would. He did not.

3. As sheriff, I was familiar with Charles "Monk" Sanders and would only have used him as an informant if I could independently verify what Sanders reported.

4. The sheriff's department and the District 27 Drug Task Force worked as a team, with other agencies as required. We once served 8 search warrants in a single day. No one was hurt. I served hundreds of arrest and

search warrants and no one ever got shot.

5.    We heard talk that Barrett was bragging, shooting his mouth off, about killing any cop that tried to arrest him. We had numerous complaints about him firing his guns, though no one actually filed a complaint.

6.    The Drug Task Force agents on the Barrett case were Clint Johnson and Frank Lloyd. When Frank Lloyd told me about the OHP raid, I asked Frank why the Task Force was bringing in people from out of town who didn't know the area. I told him it was my job as sheriff to serve the warrant. Frank said it was because of the threats to law enforcement reportedly made by Ken. I asked Frank, "Why call in these guys from who knows where—we've had threats before." Ken knew I wasn't afraid of him. Frank said "these guys trained for this all the time." I don't want to second guess, but I would have done it differently. I'll always believe that the sheriff's department should have executed the warrant, along with the drug task force."

7.    We got to the Barrett residence as planned, two minutes behind the Tact Team. The train did not slow us down or change anything; we just sped up after the train passed. When I got there, it was deadly quiet. I asked Frank if they'd made entry yet.

8. I did not beat up Ken Barrett. I didn't see anyone else beat him up, but I was not with him the whole time he was in custody after the shooting. Ken was drug out of the house by his hair. He'd been cuffed and searched for weapons. Then I searched his pockets and found a prescription bottle with a baggie inside that contained a powdery substance. I noted at that time that the vehicle, which Rocky had ridden in, was up close to the porch.

9. I broke Ken Barrett's nose when he was seventeen when I was trying to put him in lockup. I had picked up Ken on a juvenile warrant. He came along fine - no cuffs and rode next to me in the front seat. After Ken called his mother, he was "a completely different person—mad to the bone." Ken and I were about the same size then, 135 pounds. I was trying to walk Ken up a few steps to the holding cell, and Ken kept pulling me down. I was about to lose him: one smack and he was ready to go. Not a cross word until he called his mama.

10. I never disliked Ken. I have a certain amount of sympathy for him. I don't like killing, and that includes executing Ken. The difference I had with Ken was his chosen profession and mine. I don't have a desire to see him dead. It was his occupation and attitude. He wouldn't let you treat him decently; if you did, he'd bite you in your ass.

11. Mindful of the penalties of perjury, I declare the foregoing declaration is true and correct to the best of my memory.

Executed on this _18_ day of November, 2015 in Sallisaw, Sequoyah County, Oklahoma.

_____
John Philpot