# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
       *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
       *Respondent.*  )

---

# EXHIBIT 8

---

# Declaration of Gary Philpot

I, Gary Philpot, a person over eighteen (18) and competent to testify, declare as follows:

1. I am a former police chief for the City of Sallisaw and was part of the entourage of law enforcement people who trailed behind the Oklahoma Highway Patrol in the execution of a search warrant on the residence of Kenneth Eugene "Kenny" Barrett that took place soon after midnight on September 24, 1999.

2. I was there because my brother, Johnny Philpot, who was then the Sequoyah County Sheriff, asked me to be. We often helped each other out in that way.

3. I have known Kenny Barrett and his family most of my life. I think I could have gone out to Kenny Barrett's house and arrested him myself without incident had I had a lawful order to do so, depending on his mood and condition. If it looked like he was on drugs and upset or angry, I would have more than likely waited for a more appropriate time. There was never any animosity between Kenny and me.

4. Though I was never told point blank, having gathered information in the days and weeks following the raid, it is my understanding that the



reason for the raid was so that the troopers could practice executing a nighttime no-knock warrant.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 1st day of May 2015 in Sequoyah County, Oklahoma.

Gary Philpot