No.  16-7035

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

**IN RE KENNETH EUGENE BARRETT,**
**Movant.**

---

**NOTICE OF FILING OF REDACTED EXHIBIT 9**

---

NOTICE IS HEREBY GIVEN THAT Kenneth E. Barrett, Movant, herein, hereby files this REDACTED EXHIBIT 9 in support of the proposed Motion to Vacate, Document No. 10367889- 4.  This document is a redacted version of previously filed Doc No. 10367889, attached Document 22.

Movant, Kenneth Barrett files contemporaneously herewith his Motion to Seal the un-redacted Exhibit 9 filed in support of the Proposed Motion to Vacate, Set Aside or Correct on May 11, 2016 (entered on May 12, 2016) and filed as Document 22 herein.

Counsel for the Government have been contacted and do not oppose this Notice of Filing.

//

Respectfully submitted this 24th day of May, 2016.

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

## <u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on this 24th day of May, 2016, I caused the foregoing

NOTICE OF FILING OF REDACTED EXHIBIT 9 TO REPLACE
UNREDACTED EXHIBIT 9, DOCUMENT 22

to be filed with the Clerk of the Court of Appeals using the ECF System for filing

and with service to be made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel

in this case.


/s/ *Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender

3

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |


**EXHIBIT 9**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 3

TITLE OF
REPORT   INTERVIEW OF ALAN FRANKLIN LOYD

**ALAN FRANKLIN LOYD,** ███████████████████████ , Investigator, Office of the District Attorney, District 27, Sallisaw, Oklahoma, 9█████████ , provided the following information:

LOYD was working as an investigator for the Drug Task Force for the District Attorney's Office. LOYD was familiar with an arrest warrant for KENNETH BARRETT and had been involved in the investigation which led to his previous arrest. During early 1999, BARRETT failed to appear for trial on drug charges and the judge issued a warrant for his arrest. LOYD knew from his experience with BARRETT and confidential sources who knew BARRETT, that BARRETT was extremely dangerous. LOYD was also familiar with encounters the Sequoyah County Sheriff's Department had had with BARRETT including BARRETT's use of firearms against a Sheriff's Deputy. From his sources, LOYD knew that BARRETT wanted law enforcement to come after him. LOYD knew BARRETT to be in possession of firearms and that BARRETT had worked in the past as security for a large methamphetamine lab. As a result, LOYD briefed District Attorney DIANNE BARKER-HARROLD and Assistant District Attorney ROBBY COWAN that this would be a high risk arrest.

On September 20, 1999, Investigator CLINT JOHNSON briefed LOYD on confidential source information which provided probable cause to obtain a search warrant for BARRETT'S residence. JOHNSON obtained a search warrant for the residence. LOYD decided to seek assistance from the Oklahoma Highway Patrol Tactical Operations Team in executing the warrant. LOYD contacted Cherokee County Deputy DANNY OLIVER, who was assigned to the Drug Enforcement Administration's (DEA) Drug Task Force. OLIVER was trained in handling of high risk situations. They decided to turn the operation over to the OHP Tactical Operations Team.

On September 22, 1999, JOHNSON contacted LOYD and asked him to assist OHP in conducting a fly-over of the BARRETT residence since LOYD was familiar with it. About 1600 hours, LOYD met with OHP at the airport. LOYD sent JOHNSON to get a cardboard cutout diagram of BARRETT's residence which LOYD had done from his experience. LOYD briefed Trooper BUDDY HAMILTON, Deputy DANNY OLIVER and other OHP members whose names he could not recall. LOYD briefed them in detail on the previous incidents involving BARRETT, including information that BARRETT'S residence was guarded at all times. LOYD told OHP that he believed BARRETT wanted to commit "suicide by cops." LOYD told them they would have to

INVESTIGATION ON  09/24/99                    AT  SALLISAW, OKLAHOMA                    BY  V.M. JONES                    · FILE  CR 99-746

OFFENSE  HOMICIDE                                        VICTIM  DAVID EALES                    CASE AGENT  BEN ROSSER

OFFICE NERO          DATE REPORTED  10/05/99          DATE TYPED 10/05/99                TYPIST kc          APPROVED                IND  017

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be di: outside your agency.

KEB502027

CR 99-746
INTERVIEW OF ALAN FRANKLIN LOYD
PAGE 2

make just one pass in the plane over BARRETT'S residence because LOYD had been told that BARRETT once shot at a helicopter for passing over his house. LOYD told OHP that BARRETT was unstable and would shoot at law enforcement. LOYD also told OHP that the operation would be totally under their control as to how they wanted to conduct it. If they felt that for safety's sake, they should let this warrant pass, LOYD told them he could get another warrant later. He briefed them on the layout of the residence using the cutout.

LOYD was concerned for security of information and was careful not to brief anyone who did not need to know. On September 23, 1999, at 1400 hours, LOYD asked JOHNSON to meet with OHP tactical team members at Camp Gruber to discuss the operation. They had asked for a photograph of BARRETT, but none was available. Later that day, JOHNSON met with LOYD and told LOYD that OHP was doing a drive-by of the residence to get a better look and would call them later. LOYD briefed JUAN BEAL of DEA and waited for a call. About 1900-1930 hours, LOYD telephoned JOHNSON. JOHNSON telephoned OHP and then called LOYD back. JOHNSON said that the operation was set to go about 0030 hours that night.

LOYD telephoned Sheriff JOHNNY PHILPOT and asked him to have deputies meet with him about 2200 hours at the courthouse for a briefing. LOYD did not brief PHILPOTT at that time. LOYD waited until close to time for the operation before briefing the assisting deputies and then ensured that no one had an opportunity to make any outside contacts prior to execution. LOYD then waited outside the courthouse to watch everyone leave. This was normal procedure for their operations to prevent any allegations that someone had leaked information on an operation.

LOYD, JOHNSON and the deputies met at the designated location at the intersection of Interstate 40 and Dwight Mission Road, with District Attorney DIANNE BARKER-HARROLD, Cherokee County Sheriff DELENA GOSS, and other members of the back-up team. OHP arrived and briefed them on how the operation would be conducted. LOYD asked OHP if they had a creep team in place but they said they did not. Trooper HAMILTON told LOYD that his people would come in behind the OHP entry team. LOYD told HAMILTON that BARRETT would see a big line of headlights coming and that BARRETT was known to have guards out around his house.

HAMILTON told LOYD to have his team members follow three minutes behind the OHP, then changed it to two minutes. LOYD agreed and asked how fast they were going in. HAMILTON said they would go in at normal speed. JOHNSON started timing them when OHP left. LOYD and his team left exactly two minutes later. LOYD and JOHNSON were in the lead truck. LOYD had to tell JOHNSON to slow down for fear that JOHNSON would catch up to OHP. They were caught by a passing train, but managed to catch up with OHP after the train passed. When LOYD'S truck topped the hill nearest BARRETT'S house, LOYD saw the OHP taillights pulling into the dirt road in front of the house so he knew they were in the right position and told JOHNSON to slow down so they would not overtake the OHP or lose the back-up behind them.

HAMILTON had previously told LOYD to pull up in the road out front of the house and wait for the team members to clear the house first. LOYD had JOHNSON pull up in the road

30

CR 99-746
INTERVIEW OF ALAN FRANKLIN LOYD
PAGE 3

just past the driveway to allow the other cars to get in. At first LOYD did not recognize that anything was wrong. He waited for an all clear signal, but he started hearing yelling to clear the road. LOYD heard someone yell that they had to "get him out of here" and then saw someone being put on the tailgate of a Bronco. JOHNSON grabbed his medical bag and began yelling for GOSS to come up for assistance. JOHNSON and GOSS ran up to the Bronco to help with first aid. The Bronco with GOSS and JOHNSON then left the scene with the injured officer, who LOYD later learned was Trooper DAVID EALES.

Someone brought the youngest suspect out and asked one of their officers to take custody of him. LOYD walked into the scene to look for more suspects. Someone had a suspect down outside the house and said that he had been shot also. LOYD looked at the suspect and recognized him as BARRETT. OHP secured the scene and began running crime scene tape, so LOYD walked outside the crime scene area. LOYD observed HAMILTON being walked out the gate to be taken to the hospital. An ambulance came for BARRETT.

KEB502029