# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
         *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
        *Respondent.*  )

# EXHIBIT 11

## OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF
REPORT  INTERVIEW OF KEVIN OTTWELL

KEVIN OTTWELL, WM, Agent, Oklahoma Bureau of Narcotics (OBN), Tulsa, Oklahoma, 918/446-1616, provided the following information:

OTTWELL did not have any brothers but he did have a brother-in-law, DEWAYNE BURGESS, who worked at Farmers Furniture in Sallisaw, Oklahoma. BURGESS had told OTTWELL something about KENNETH BARRETT saying that OTTWELL had lied about buying drugs off BARRETT. BURGESS had never told OTTWELL anything about BARRETT threatening to kill OTTWELL or anyone else.

INVESTIGATION ON  11/01/99          AT  VIA TELEPHONE          BY  DENNIS FRANCHINI          FILE  CR 99-746

OFFENSE  HOMICIDE          VICTIM  DAVID EALES          CASE AGENT  BEN ROSSER

OFFICE NERO     DATE REPORTED  11/03/99     DATE TYPED 11/17/99          TYPIST kc          APPROVED          IND  058

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be di
outside your agency.

KEB002493