# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,  )
         )
     *Movant,*  )
         )
v.         )
         )
UNITED STATES OF AMERICA,  )
         )
    *Respondent.* )

---

# EXHIBIT 13

---

# Declaration of Jason (J.C.) Chennault

I, Jason (J.C.) Chennault, a person over the age of eighteen (18) and competent to testify, declare as follows:

1. I have been in law enforcement since 1996 [1999 JC], have been a deputy sheriff in the Cherokee County Sheriff's Office in Cherokee, Oklahoma since 1997 [1999 JC], and am presently Undersheriff.

2. Based on the reports of numerous individuals in and out of law enforcement, and my personal observations, Clint Johnson, a former Cherokee County Deputy Sheriff and a former District 27 Task Force agent, is dishonest and has a bad reputation for truth and veracity.

3. I have personal knowledge of one incident that clearly demonstrates his dishonesty.

4. In June or July 2005, I, with other Cherokee County sheriff's deputies, was in vehicular pursuit of a serial burglar, John Bailey. For some reason that I don't recall, Mr. Johnson joined the pursuit and was the driver and the single occupant of the lead car, his personal car, a black Chevy Camaro.

5. Mr. Bailey crashed through several fences of a farm and up a hill, having crossed from Cherokee County into Adair County. During the pursuit, Mr.

Johnson radioed that shots were fired by Mr. Bailey, and soon after that he radioed that additional multiple shots were fired by Mr. Bailey.

6. I had both the Camaro and Mr. Bailey's beat up pickup truck in my sights the entire time. No shots were every fired by Mr. Bailey.

7. Eventually, Mr. Bailey's truck came to a stop, and he fled. We chased and later captured Mr. Bailey hiding in a barn.

8. The burglaries were in my jurisdiction and I handled the reports on those, but the arrest was made in Adair County, part of District 27 and in Mr. Johnson's jurisdiction. Mr. Johnson had Mr. Bailey charged with a felonious assault with a firearm on a peace officer. The charge had no foundation in fact. It was a lie on Johnson's part.

9. I have since learned that that charge was dismissed by a judge for lack of evidence.

10. I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct to the best of my knowledge.

Executed on this _24th_ day of March, 2015, in Cherokee County, Oklahoma.

J.C. Chennault