# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,     )
                             )
            *Movant,*     )
                             )
v.                              )
                             )
UNITED STATES OF AMERICA,     )
                             )
         *Respondent.*   )

---

## EXHIBIT 19

---

# DECLARATION OF PAUL MANN

I, Paul Mann, a person over eighteen (18) and competent to testify, mindful of the penalties of perjury, declare as follows:

1.    I am an investigator for the Federal Defenders Office of the Eastern District of California.  In that capacity, I was the assigned investigator in the post-conviction case of Kenneth Eugene Barrett, a person convicted of capital murder in the Eastern District of Oklahoma and currently under sentences of death and life without possibility of release.

2.    On November 3, 2011, Assistant Federal Defender Joan Fisher, the attorney assigned to Mr.Barrett's case, and I met with Kevin Ottwell at the United States Attorney's Office in Muskogee, Oklahoma.  Mr. Ottwell was the named agent for the Oklahoma Bureau of Narcotics in a delivery of a controlled substance charge for an alleged sale of ¼ gram of methamphetamine by Kenneth Barrett to Mr. Ottwell in the presence of a confidential informant, on December 19, 1996.

3. Mr. Ottwell, at the time we interviewed him, was under contract with the United States Attorney's Office and had agreed to meet us in the presence of the attorneys assigned to Mr. Barrett's case, Mr. Christopher Wilson, an Assistant United States Attorney, and Mr. Jeffrey Kahan, a trial attorney in the capital division of the Department of Justice.

4. During the interview, Mr. Ottwell advised us that he became involved with Mr. Barrett's drug case after he had received a call from the Oklahoma Highway



Patrol (OHP) and met with OHP Troopers at the rest stop between Fort Smith and Tulsa on Interstate 40. Mr. Ottwell could not remember the names of any of the troopers who had called him but said that one of them was now a legislator from "down there" and had just lost re-election.

5. Mr. Ottwell stated that he met the confidential informant at the rest stop, who as he understood had apparently gotten into legal trouble by way of many unpaid traffic citations, and the confidential informant had suggested to the OHP that he could help on a drug buy in exchange for making the traffic citations disappear.

6. Mr. Ottwell said that he did not know who the target of the drug sting was until he arrived at the rest stop and the confidential informant said "Barrett." Mr. Ottwell did not know if the OHP had discussed the target.

7. The foregoing declaration accurately describes our interview with Mr. Ottwell.

I declare under penalty of perjury that this two-page declaration is true and correct. Executed by me this 3rd day of May, 2016 in Sacramento, California.

Paul Mann