# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
)
*Movant,* )
)
v. )
)
UNITED STATES OF AMERICA, )
)
*Respondent.* )

---

**EXHIBIT 24**

---

USDC Docket excerpt noting U.S. Marshall's return on witness Charles E. Sanders, 12/2/2005



### U.S. District Court
### Eastern District of Oklahoma (Muskogee)
### CRIMINAL DOCKET FOR CASE #: 6:04-cr-00115-JHP-1

Case title: United States of America v. Barrett          Date Filed: 11/09/2004
Other court case numbers:  12-7086 10th Circuit
                           OK/ED 6:09-cv-105-JHP
Magistrate judge case number:  6:04-mj-00100

Assigned to: District Judge James H. Payne

Appeals court case number: 06-7005

| 11/17/2005 | 257 | JURY INSTRUCTIONS--SENTENCING PHASE by District Judge James H. Payne (cc: all counsel) (pyb, Deputy Clerk) (jcb, Deputy Clerk). (Entered: 11/18/2005) |
| 11/17/2005 | 258 | PENALTY PHASE SPECIAL VERDICT as to Kenneth Eugene Barrett (pyb, Deputy Clerk) (jcb, Deputy Clerk). (Entered: 11/18/2005) |
| 11/21/2005 | | NOTICE: SENTENCING is set for 12/7/05 at 10:00 a.m. for Kenneth Eugene Barrett before Judge James H. Payne, Courtroom 1, at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 11/21/2005) |
| 12/02/2005 | | Marshal's return on: Writ of Habeas Corpus Ad Testificandum executed as to witness CHARLES E. SANDERS, as follows: Rec'd.witness from Stringtown on 9/19/05, delivered witness to CCA, Tulsa, OK. Rec'd witness from CCA, Tulsa, and delivered him to Muskogee Fed.Court on 10/19/05. Rec'd witness from Muskogee Fed.Court and delivered him to CCA, Tulsa on 10/19/05. Rec'd. witness from CCA, Tulsa, and delivered him to Muskogee Federal Court on 10/20/05. Recd. witness from Muskogee Federal Court and delivered him to CCA Tulsa on 10/20/05. Rec'd witness from CCA Tulsa and delivered him to Muskogee Federal Court on 11/9/05. Rec'd. witness from Muskogee Federal Court and delivered him to CCA Tulsa, on 11/9/05. (pyb, Deputy Clerk) (Entered: 12/02/2005) |
| 12/02/2005 | | Marshal's return on: 10/22/04 writ executed as to Kenneth Eugene Barrett by receiving custody of defendant from OSP and delivering to Muskogee County Jail (cjt, Deputy Clerk) (Entered: 12/02/2005) |
| 12/06/2005 | 259 | MINUTE ORDER before District Judge James H. Payne ; STRIKING sentencing set 12/7/05 and RESETTING SENTENCING for 12/20/05 at 2:00 p.m., for Kenneth Eugene Barrett , before Hon. James H. Payne, Courtroom 1, at the U.S. Courthouse, Fifth & Okmulgee Streets, Muskogee, Oklahoma. (JHP) (cc: all counsel) (pyb, Deputy Clerk) (jcb, Deputy Clerk). (Entered: 12/06/2005) |
| 12/07/2005 | 260 | REQUEST for appointment of appellate counsel , and to continue Sentencing date by defendant Kenneth Eugene Barrett (pyb, Deputy Clerk) (jcb, Deputy Clerk). (Entered: 12/07/2005) |