**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | **)** |
| | **)** |
| *Movant,* | **)** |
| | **)** |
| **v.** | **)** |
| | **)** |
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| *Respondent.* | **)** |

---

**EXHIBIT 26**

---



# MUSKOGEE SHERIFF OFFICE

P.O. Box 2428  Muskogee, Oklahoma   74402
(918)682-7851

# INCIDENT REPORT

| | |
|---|---|
| **Report to SIBRS ?** | NO |
| **Report Number** | 28032207-1 |
| **Reported On** | 03/22/2007 00:00 |
| **Incident Date / Time** | 03/22/2007  **and**   03/22/2007 |
| **Type of Report** | DOMESTIC VIOLENCE |

**Arrestee**
| | |
|---|---|
| **Suspect** | LITTLEFIELD, DAVID MIKE |
| **Suspect** | LITTLEFIELD, DAWN M |

**Report Person**

**Originate Officer**

| | |
|---|---|
| **Location of Offense** | RT 1 BOX 1939, OKTAHA, OK |
| **IBR** | 13B ASSAULT - SIMPLE |
| **Charge Description** | 21 O.S. § 644(B)  ·  Assault and battery |

| | |
|---|---|
| **Case Status** | OPEN |

**Investigator Assigned**
**Date Assigned**
**Date Cleared**
**Clearance Type**
**Clearance Disposition**



# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

# INCIDENT REPORT

| ADMINISTRATIVE • Send this report to OSBI as a part of SIBRS ? | **NO** | |
|---|---|---|
| **Case Number** 28032207-1 | **Report Date** 03/22/2007 00:00 | **Case Approved** NO |
| **Occured Between** 03/22/2007 00:00 **and** 03/22/2007 00:00 | | **Case Sensitive** NO |
| **Type of Report** DOMESTIC VIOLENCE | | |
| **Case Status** OPEN | **Clearance Type** | |
| **Clear Disposition** | | **Date Assigned** |

**OFFENSE(S) INFORMATION**

1 | **13B ASSAULT - SIMPLE**
**Charge From** NON-ARREST
**Charge Desc.** 21 O.S. § 644(B) • ASSAULT AND BATTERY

**PARTY INFORMATION**

1 | **JUV L, C**

| **Party Type** VICTIM | | |
|---|---|---|
| **DOB** | **Age** | |
| **Sex** MALE | **Race** | WHITE |
| **Hair** | **Eye** | |
| **Height** | **Weight** | |
| **Ethnicity** NOT HISPANIC ORIGIN | | |
| **SSN** | | |
| **DL** | | |

**Home Address**
**Address** 2411 DANIEL STREET
**City** MUSKOGEE
**State** OK
**Zip Code** 74403
**Phone** (918)683-6542

2 | **JUV L, L D**

| **Party Type** VICTIM | | |
|---|---|---|
| **DOB** ▉ | **Age** | 17 |
| **Sex** FEMALE | **Race** | WHITE |
| **Hair** | **Eye** | |
| **Height** | **Weight** | |
| **Ethnicity** NOT HISPANIC ORIGIN | | |
| **SSN** | | |
| **DL** | | |

**Home Address**
**Address** RT 1 BOX 1939



# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428  Muskogee, Oklahoma   74402
(918)682-7851

# INCIDENT REPORT

## PARTY INFORMATION

### 2 | JUV L, L D
**Home Address**
**City**       WAINWRIGHT
**State**      OK
**Zip Code** 74468
**Phone**

### 3 | LITTLEFIELD, DAWN M
**Party Type**    SUSPECT

| | | | |
|---|---|---|---|
| **DOB** | ▮ | | |
| | FEMALE | **Race** | WHITE |
| **Hair** | BLOND OR STRAWBERRY | **Eye** | GREEN |
| **Height** | 5' 6" | **Weight** | 125 LBS. |
| **Ethnicity** | NOT HISPANIC ORIGIN | | |

**SSN**        ▮
**DL**          F082869786

**Home Address**
**Address**   RT 1 BOX 1939
**City**        OKTAHA
**State**      OK
**Zip Code**  74450
**Phone**     (918)360-3327

### 4 | LITTLEFIELD, DAVID MIKE
**Party Type**    SUSPECT

| | | | |
|---|---|---|---|
| **DOB** | ▮ | **Age** | 57 |
| **Sex** | MALE | **Race** | WHITE |
| **Hair** | GRAY OR PARTIALLY GRAY | **Eye** | BLUE |
| **Height** | 5' 9" | **Weight** | 160 LBS. |
| **Ethnicity** | NOT HISPANIC ORIGIN | | |

**SSN**        ▮
               D081042857

**Home Address**
**Address**   RT 1 BOX 1939
**City**        OKTAHA
**State**      OK
**Zip Code**  74450
**Phone**     (918)474-3647

### 5 | ELLIS MCO, RAY
**Party Type**    OFFICER

### 6 | PEYTON, COLETTA
**Party Type**    OFFICER

## SUSPECT(S) INFORMATION

### 1 | LITTLEFIELD, DAWN M



# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

# INCIDENT REPORT

| SUSPECT(S) INFORMATION | | |
|---|---|---|
| **1** | **LITTLEFIELD, DAWN M** | |

| **Victim Of Offender** | JUV L, C | Victim was Parent |
|---|---|---|
| | JUV L, L D | Victim was Parent |

| **Last Seen Date** | |
|---|---|
| **Last Seen Location** | |
| **Last Seen With** | |
| **Clothing Description** | |
| **Amputations** | |
| **Artificial Limbs** | |
| **Medical Problems** | |
| **Surgery** | |
| **Broken Bones** | |
| **Other Description** | |

| **OFFENSE 1** | |
|---|---|
| **Victim of Offense** | JUV L, C |
| **Charge From** | NON-ARREST |
| **Charge Description** | 21 O.S. § 644(B) • ASSAULT AND BATTERY |
| **Warrant Number** | |
| **Offense** | COMPLETED |
| **Location of Offense** | RT 1 BOX 1939, OKTAHA, OK |
| **Geographic Loc.** | WAINWRIGHT, OK |
| **Premise Type Name** | RESIDENCE |
| **Premise Type** | RESIDENCE (OTHER RESIDENTIAL): APARTMENT, TENEMENTS, FLATS, DORMITORIES, BOARDING HOUSES, ETC. |
| **IBR Code** | ASSAULT - SIMPLE |

**Type Weapon / Force Involved**
PERSONAL WEAPONS (HANDS, FEET, TEETH)

| **2** | **LITTLEFIELD, DAVID MIKE** |
|---|---|
| **Victim Of Offender** | N/A |

| **Last Seen Date** | |
|---|---|
| **Last Seen Location** | |
| **Last Seen With** | |
| **Clothing Description** | |
| **Amputations** | |
| **Artificial Limbs** | |
| **Medical Problems** | |
| **Surgery** | |
| **Broken Bones** | |
| **Other Description** | |

| VICTIM(S) INFORMATION | |
|---|---|
| **1** | **JUV L, C** |
| **Victim Type** | |
| **Type of Injury** | NONE |
| **NCIC Number** | |

# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

# INCIDENT REPORT

| VICTIM(S) INFORMATION | |
|---|---|
| 1 | JUV L, C |
| | Location of Injury |
| | Injury Location Code |

| | |
|---|---|
| 2 | JUV L, L D |
| | Victim Type |
| | Type of Injury    NONE |
| | NCIC Number |
| | Location of Injury |
| | Injury Location Code |

| NARRATIVE(S) INFORMATION |
|---|
| 1    PEYTON, COLETTA  •  Report this narrative to OSBI ?    NO |

SEE REPORT 26112706-1 FOR NARRATIVE (JOH)

I DEPUTY JAN RAY WITH DHS WORKER MELISSA TODD RECEIVED A TECO FROM JUDGE ALFORD FOR JUV. L., L., D. AGE
17 AND JUV. L., C., AGE 10. JUV. L., L., C. HAD NUMEROUS BRUISES ON HER BODY AND TOLD US THAT HER MOTHER
DAWN LITTLEFIELD HAD HIT HER 4 DAYS AGO. DAWN LITTLEFIELD ADMITTED TO HITTING JUV. L., L., D., BUT TELLS
THAT SHE WAS JUST PLAYING AROUND WITH HER. (SEE ATTACHED)

ON THURSDAY, MARCH 22, 2007 I DEPUTY JAN RAY AND DHS WORKER - MELISSA TODD WENT TO THE RESIDENCE OF MIKE
AND DAWN LITTLEFIELD IN WAINWRIGHT, OKLAHOMA ON A POSSIBLE ABUSE CASE. JUV. L., L., D., AGE 17 HAD
NUMEROUS BRUISES ON BOTH ARMS, SHOULDER, WRISTS AND A RED MARK ON HER FOREHEAD. JUV. L., L., D., TOLD OF
NUMBEROUS TIMES THAT HER PARENTS, MIKE AND DAWN LITTLEFIELD HAD PHYSICALLY ABUSED SHE AND HER BROTHER, JUV.
L., C., AGE 10. MYSELF AND WORKER MELISSA TODD SAW BLANKETS AND A PILLOW ON THE FLOOR OF DAWN LITTLEFIELD
WHERE JUV. L., L., D., STATED "I HAVE TO SLEEP ON THE FLOOR IN MOM'S ROOM BECAUSE SHE DOESN'T WANT ME TO
SNEAK AND USE THE CELL PHONE". JUV. L,, L., D., TOLD MYSELF AND WORKER TODD THAT HER MOTHER DAWN
LITTLEFIELD HAD FOUND OUT SHE HAD USED THE CELL PHONE TO CALL KORY MCCORKLE (JUV. L., L,, D., BOYFRIEND)
AND DAWN LITTLEFIELD BECAME ANGRY. JUV. L., L., D., STATES THAT AFTERWARDS HER MOTHER DAWN LITTLEFIELD
TOLD JUV. L., L., TO GET INTO THE VEHICLE AND DAWN LITTLEFIELD STARTED TO DRIVE DOWN THE ROAD WHEN SHE
SUDDENLY PULLED OVER AND STARTED HITTING JUV. L., L., D., ON THE FACE, ARM, SHOULDER AND WRISTS WITH THE
CELL PHONE IN HER HAND. JUV. L., L., D., STATES "WHEN I GOT INTO THE CAR I GOT IN THE BACK SEAT BECAUSE I
KNEW MOM WAS GOING TO HIT ME AND IT WOULD BE HARDER FOR HER TO REACH ME IF I WAS IN THE BACK SEAT, WHEN SHE
STOPPED THE CAR SHE DRAGGED ME BY THE HAIR AND THREW ME IN THE FRONT SEAT AND WAS HITTING ME". JUV. L.,
L., D., STATED "I TRIED TO COVER MY HEAD WITH MY HANDS BUT SHE JUST KEPT HITTING ME".

JUV. L., L., D., TOLD ME THAT HER ABUSE STARTED AROUND THE AGE OF 10 OR 11, SHE REMEMBERS THIS BECAUSE
THE LAST GRADE SHE COMPLETED WAS 6th GRADE. THAT YEAR IS THE FIRST TIME THAT SHE CAN

REMEMBER HER MOTHER
LEAVING BRUISES ON HER. JUV. L., L., D,. ALSO TELLS ME THAT THE FIRST TIME SHE CAN REMEMBER JUV. L., C.,
GETTING PHYSICALLY ABUSED WAS WHEN JUV. L., C., WAS ABOUT 2 YEARS OLD. SHE TELLS THAT MIKE LITTLEFIELD HIT
HIM WITH A BOOK AND HE RAN TO HIS ROOM. JUV. L., L., D., TELLS THAT WHEN MIKE LITTLEFIELD IS PHYSICALLY
ABUSIVE TO HER DAWN LITTLEFIELD DOES NOT INTERVENE, BUT WHEN MIKE LITTLEFIELD GETS PHYSICALLY ABUSIVE WITH
JUV. L., C., HER MOTHER DAWN LITTLEFIELD STEPS IN BETWEEN THE TWO OF THEM. JUV. L., L., D., TOLD ME, SHE
HAS NEVER SEEN DAWN LITTLEFIELD PHYSICALLY ABUSED JUV. L., C.,.

JUV. L., L., D., TOLD ME ABOUT 1 YEAR AGO, HER MOTHER DAWN LITTLEFIELD HAD HIT HER SEVERAL TIMES AND LEFT
NUMEROUS BRUISES ON HER BODY. A REPORT WAS TAKEN ON MARCH 10, 2006 AND DAWN LITTLEFIELD WAS TAKEN TO JAIL
FOR THE ABUSE. (PICTURES INCLUDED) MIKE LITTLEFIELD CALLED DEPUTY FAYE BANKS AND ASKED HER TO MEET HE AND

# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

**INCIDENT REPORT**

| NARRATIVE(S) INFORMATION |
|---|

1 PEYTON, COLETTA (Continued)

JUV. L., L., D., FOR THE PURPOSE OF PHOTOGRAPHING JUV. L., L., D., INJURIES. JUV. L., L., D., ADVISES THAT WHEN HER MOTHER GOT OUT OF JAIL THE ABUSE STARTED AGAIN AND DAWN LITTLEFIELD TOLD JUV. L., L., D.,
THAT SHE SHOULD HAVE PUT HER IN THE HOSPITAL IF SHE WAS GOING TO JAIL. JUV. L., L., D., RUNS AWAY AS FAR
AS SHE COULD WITH THE MONEY THAT SHE HAD AND ENDS UP IN NEW MEXICO AFTER DAWN LITTLEFIELD GETS OUT OF JAIL
BECAUSE THE ABUSE STARTS AGAIN ALMOST IMMEDIATELY. MIKE LITTLEFIELD WENT TO NEW MEXICO TO PICK JUV. L.,
L., D., UP BUT WHEN SHE RETURNED TO OKLAHOMA HER MOTHER DAWN LITTLEFIELD CALLED THE COPS AND JUV. L., L.,
D., WAS SENT TO MCCOY'S FOR ABOUT A MONTH. THE JUDGE ASKED JUV. L., L., D., IF SHE WANTED TO GO BACK HOME
OR GO TO THUNDERBIRDS AND JUV. L., L., D., CHOSE THUNDERBIRDS. (THUNDERBIRDS IS A STRUCTURED BOOT CAMP
ENVIRONMENT TO REHABILITATE TEENAGERS). BEFORE JUV. L., L., D., COMPLETED THE PROGRAM DAWN LITTLEFIELD
CAME AND PICKED UP BECAUSE DAWN THOUGHT SHE WAS HAVING TOO MUCH FUN. JUV. L., L., D., TOLD ME THAT SHE
WANTED TO STAY IN THE THUNDERBIRD PROGRAM AND COMPLETE THE PROGRAM BECUASE SHE WAS EXCELLING AND DOING SO
WELL.

JUV L., L., D., AND DHS WORKER MELISSA TODD AND I THAT SOON AFTER HER RETURN HOME FROM THE THUNDERBIRDS
PROGRAM, MIKE LITTLEFIELD BROUGHT HIS BRIEFCASE HOME ONE DAY AND LAID IT ON THE COUNTER WITH THE BRIEFCASE
OPENED. JUV. L., L., D., SAID SHE COULD SEE A BLACK GLASS CASE INSIDE OF MIKE LITTLEFIELD'S BRIEFCASE.
LATER, DAWN LITTLEFIELD TOLD JUV. L., L., D., THAT SHE THOUGHT MIKE HAD SET HER UP BECAUSE THERE WAS
MARIJUANA IN THE BLACK GLASS CASE. JUV. L., L., D., STATES THAT ONE DAY WHEN DAWN WAS INVOLVED WITH
(BARNEY) MARC BARNETTE, JUV. L., C., WENT TO DAWN'S BEDROOM AND ASKED HIS MOTHER DAWN LITTLEFIELD WHAT THAT
STRANGE SMELL WAS. DAWN LITTLEFIELD TOLD HIM IT WAS NOTHING AND TO GO BACK TO HIS ROOM. JUV. L., L.,
STATED THAT SHE KNEW THE SMELL WAS MARIJUANA BECAUSE HER MOTHER HAD BEEN SMOKING MARIJUANA THE MONTHS
BEFORE. JUV. L., L., D., STATES THAT HE MOTHER STARTED USING MARIJUANA BECAUSE SHE WOULD RUN OUT OF HER
MEDICATION EARLY BECAUSE SHE WAS ABUSING THEM. DAWN LITTLEFIELD TELLS JUV. L., L., D., SHE NEEDED
MARIJUANA BECAUSE HER MEDICATION WOULD NO LONGER KILL HER PAIN. JUV. L., L., D., TOLD MYSELF AND WORKER
TODD THAT SHE HAD GOTTEN THE GLASS CASE WITH MARIJUANA AND PLACED IT IN THE BACK OF HER TRUCK SO THAT HER
MOTHER COULD NOT USE IT. DEPUTY DAVID CHANDLER TOOK POSSESSION OF THE GLASSES CASE WITH THE MARIJUANA,
PIPE AND CIGARETTE INSIDE OF IT. I DEPUTY JAN RAY TOOK SEVERAL PICTURES OF THE GLASSES CASE AND THE
CONTENTS AND SENT THEM TO OSBI FOR TESTING. (D. CHANDLER'S STATEMENT INCLUDED IN REPORT).

THE END OF NOVEMBER OR BEGINNING OF DECEMBER 2006 LACY ADVISES THAT MIKE LITTLEFIELD

HIT HER SEVERAL
TIMES AND THREW HER AGAINST THE METAL PART OF THE BED AND LEFT A LARGE KNOT ON HER
HEAD AND BRUISES ON HER
ARMS AND FACE. DAWN LITTLEFIELD STATES THAT SHE RECEIVE BRUISES ON HER HEAD, RIBS, SHIN
AND HAND. DAWN
TOLD US THAT HER SIDE STILL HURTS TODAY BECAUSE MIKE LITTLEFIELD HAD HIS KNEE IN HER SIDE
WHILE HE HAD HER
ON THE FLOOR. DAWN LITTLEFIELD INTERVENES THIS TIME AND TELLS MIKE LITTLEFIELD THAT SHE IS
GOING TO CALL
THE POLICE THE NEXT DAY BECAUSE HE WENT TOO FAR THIS TIME. THE NEXT DAY THE POLICE ARE
CALLED AND
DEPUTY RAY ELLIS TAKES A REPORT OF THE ABUSE AND ALSO TAKES PICTURES. DEPUTY ELLIS GETS
WRITTEN STATEMENTS
FROM JUV. L., L., D., AND DAWN LITTLEFIELD AND TAKES POLAROID PICTURES. JUV. L., L., D., TOLD US
THAT WHEN
HER DAD GOT HOME THAT NIGHT, HE ALREADY KNEW ABOUT THE DEPUTY COMING OUT TO THE
RESIDENCE BECAUSE A FRIEND
AT THE SHERIFF'S OFFICE HAD CALLED HIM AND TOLD HIM HE WOULD TAKE CARE OF IT. JUV. L., L., D.,
TELLS THAT
IS WHY NOTHING HAPPENED BECAUSE "MY DAD HAD SOME CONNECTIONS OR SOMETHING, DAD HAD
IT TAKEN CARE OF". DAWN
LITTLEFIELD TOLD MIKE LITTLEFIELD THAT HE HAD TO MOVE OUT BECAUSE OF HIS ABUSE TO THE
KIDS. DAWN STATES
THAT THE ABUSE FROM MIKE LITTLEFIELD STARTED WHEN SHE WAS 12 WHEN THE FAMILY LIVED AT
THE LAKE HOUSE IN
COOKSON. DAWN STATES THAT THE ABUSE WAS NOT AS BAD THERE AT THE LAKE HOUSE BUT WHEN
THEY MOVED TO
WAINWRIGHT IT BECAME MORE SEVERE. DAWN RECALLED INCIDENTS THAT HAPPENED WHEN SHE
WAS 13, SEVERAL TIMES
MIKE LITTLEFIELD WOULD HOLD HER IN A COKE HOLD AND HIT HER IN THE HEAD SEVERAL TIMES
WHILE HOLDING HER.
JUV. L., L., D., STATED THAT MIKE LITTLEFIELD WOULD TELL DAWN LITTLEFIELD THAT HE WAS JUST
JOKING, BUT DAWN
WOULD ARGUE WITH HIM ABOUT IT. ON ANOTHER OCCASION WHEN JUV. L., L., D., WAS 14 OR 15 HER
HORSE WAS DYING
AND MIKE LITTLEFIELD GOT MAD BECAUSE JUV. L., L., D., WAS WEARING HIS JACKET, HE TRIED TO RIP
THE JACKET
OFF HER, PUSHED HER INTO THE BARN AND HIT HER IN THE FACE, PULLED HER HAIR AND CHASED
HER. JUV. L., L.,

**MUSKOGEE SHERIFF OFFICE**
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

**INCIDENT REPORT**

| NARRATIVE(S) INFORMATION |
| --- |

1 | **PEYTON, COLETTA** (Continued)

D., STATES THAT HER GRANDPARENTS CAME OUT TO THE HOUSE AND TOLD MIKE LITTLEFIELD THAT THIS HAD TO STOP.
WHEN JUV. L., L., D., WAS 15 SHE RECALLS AN INCIDENT WHEN SHE AND MIKE LITTLEFIELD GOT IN TO AN ARGUMENT,
MIKE LITTLEFIELD SLAPPED HER AND SHE RAN INTO THE BATHROOM TO GET AWAY FROM HIM. JUV. L., L., D., STATES
THAT MIKE LITTLEFIELD WAS BREAKING THE DOOR DOWN WHEN HE STOPPED AND WENT OUTSIDE, JUV. L., L., D., RAN TO
HER MOTHER DAWN WHO WAS IN THE PASTURE. JUV. L., L., D., STATES THAT DAWN AND MIKE LITTLEFIELD GOT INTO AN
ARGUEMENT BECAUSE OF THAT INCIDENT. JUV. L., L., D., STATES ONE NIGHT THIS YEAR MIKE LITTLEFIELD CAME
HOME, HE HAD BEEN DRINKING AND THREW A BOOK WITH A 4 INCH HEEL AT JUV. L., L., D., AND HIT HER IN THE FACE.
JUV. L., L., D., STATES THAT IN THE LAST 4 OR 5 YEARS MIKE LITTLEFIELD HAS ABUSED JUV. L., L., D., AT
LEAST 15 OR MORE TIMES AND LEFT BRUISES. JUV. L., L., D., STATES THAT MIKE LITTLEFIELD HAS SEEN HER MOTHER
DAWN LITTLEFIELD PHYSICALLY ABUSE HER AT LEAST 8 TO 10 TIMES. JUV. L., L., D., STATES THAT MIKE
LITTLEFIELD HIT JUV. L., C., ON THE HEAD WITH HIS HANDS AND JUV. L., C., FELL DOWN, TWICE IN THE LAST YEAR.

DEPUTY ELLIS BROUGHT THE PICTURES OF LACY LITTLEFIELD TO THE SHERIFF'S OFFICE AND SHOWED THE PICTURES
UNDER SHERIFF JUSTON HUTCHINSON AND I. I DEPUTY JAN RAY CALLED DAWN LITTLEFIELD AND ASKED HER WHAT HAD
HAPPENED WITH JUV. L., L., D., AND MIKE LITTLEFIELD AND TOOK NOTES WHILE TALKING TO HER . (REPORT WAS
NEVER FILED WITH THE D.A.'S. OFFICE)

JUV. L., L., D., TOLD US THAT WHEN SHE RETURNED FROM THE THUNDERBIRD PROGRAM DAWN LITTLEFIELD TOLD HER
THAT SHE HAD TAKEN PICTURES OF JUV. L., C., AFTER MIKE LITTLEFIELD HAD PUT NUMEROUS BRUISES ON HIS BODY
WHILE SHE WAS GONE TO THE PROGRAM. DAWN LITTLEFIELD TOLD JUV. L., L., D., THAT SHE PUT THE PICTURES OF
JUV. L., C., WITH BRUISES ON THE COMPUTER BECAUSE SHE NEEDED PROOF OF MIKE LITTLEFIELD'S ABUSE TO JUV. L.,
C.,. JUV. L., L., D., TELLS THAT IN FEBRUARY 2007 SHE SAW 7 TO 10 PICTURES OF JUV. L., D., WITH NUMEROUS
BRUISES ON HIS BODY, ARMS AND BACK ON THE DELL COMPUTER THAT JUV. L., L., D., AND DAWN USE IN THE DINING
ROOM. JUV. L., L., D., AND DAWN PUT PICTURES OF THE DOGS THAT THEY SELL ON THE DELL COMPUTER AND JUV. L.,
L., D., SURF'S THE INTERNET.

DURING FEBRUARY 2007 JUV. L., L., D., MET KORY MCCORKLE. KORY MCCORKLE STATED THAT HE WOULD DRIVE BACK
AND FORTH FROM NORMAN TO WAINWRIGHT SO HE COULD SPEND TIME WITH JUV. L., L., D., AND HELP THE LITTLEFIELD'S
LAY FLOORING IN THEIR RESIDENCE. ON ONE OCCASION DAWN LITTLEFIELD WANTED MARIJUANA OR PAIN KILLERS AND
GAVE KORY MCCORKLE $20.00 AND ASKED MIKE LITTLEFIELD TO GIVE KORY SOME MONEY SO KORY

COULD GO OUT AND BUY
SOMETHING FOR HER BECAUSE SHE NEEDED SOMETHING FOR HER PAIN. KORY MCCORKLE STATES THAT IT MADE HIM VERY
UNCOMFORTABLE AND HE WOULD NOT GO AND LOOK FOR DRUGS BECAUSE HE WAS AFRAID THAT MIKE LITTLEFIELD WOULD GET
MAD AT HIM AND GET HIM IN TROUBLE, BECAUSE HE KNEW THAT MIKE WAS AN ATTORNEY AND HAD CONNECTIONS. KORY
STATED TO ME THAT HE HAD PERSONALLY SEEN THE PHYSICAL ABUSE THAT DAWN WOULD DO TO LACY.

JUV. L., L., D., TOLD MYSELF AND WORKER MELISSA TODD THAT DAWN LITTLEFIELD SMOKED MARIJUANA ON SEVERAL
OCCASIONS AND THAT SMOKING MARIJUANA MADE HER CRAZY. JUV. L., L., D., TOLD ME THAT SHE HAD TAKEN A GLASS
CASE WITH MARIJUANA AND A PIPE TO HER TRUCK TO HIDE IT FROM HER MOTHER A FEW DAYS BEFORE OUR INTERVIEW AT
THE RESIDENCE. DEPUTY DAVID CHANDLER TOOK POSSESSION OF THE GLASS CASE WITH THE MARIJUANA AND PIPE AND I
DEPUTY JAN RAY TOOK THEM INTO EVIDENCE TO BE SENT TO THE OSBI FOR TESTING.

JUV. L., L., D., CAME TO THE SHERIFF'S OFFICE FOR A SECOND INTERVIEW ON APRIL 10, 2007, THAT INTERVIEW
WAS AUDIO TAPED AND IS IN EVIDENCE AT THE MUSKOGEE COUNTY SHERIFF'S OFFICE.

INTERVIEW WITH BOTH JUV AND GRANDPARENTS ARE IN THE REPORT.
PER DEPUTY JAN RAY (JOH)

| 2 | **PEYTON, COLETTA** • Report this narrative to OSBI ? **NO** |
|---|---|

ON 03/22/07 AT APPROX. 1330 HRS. I, DEPUTY CHANDLER, WENT TO WAINWRIGHT TO
THE LITTLEFIELD RESIDENCE TO ASSIST DEPUTY JAN RAY. WHEN I GOT THERE I



**MUSKOGEE SHERIFF OFFICE**
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

# INCIDENT REPORT

| NARRATIVE(S) INFORMATION |
|---|
| 2 **PEYTON, COLETTA** (Continued) |

MADE CONTACT WITH DEPUTY JAN RAY AND SHE ADVISED ME TO HELP WATCH THE CHILDREN AT THE RESIDENCE WHILE HER AND DHS TALKED TO THE MOTHER . WHEN WE WERE ABUT TO LEAVE JUV. L., L., D., AND MYSELF WALK OVER TO THE TRUCK THAT WAS IN THE DRIVE WAY. WHEN WE GOT THERE JUV. L., L., D., REACHED INTO THE BED OF THE TRUCK AND GAVE ME A BLACK EYEGLASS CASE. WHEN I OPENED THE CASE THERE WAS A CIGARETTE WITH THE ODOR OF MARIJUANA.

WHEN I ASKED LACY WHERE IT CAME FROM SHE ADVISED ME THAT HER DAD HAD BROUGHT IT INTO THE HOUSE AND PUT IT IN THE CLOSET. WHEN HE LEFT HER MOTHER WAS TRYING TO GET RID OF IT . JUV. L., L., D., DID NOT ADVISE IF THE MOTHER WAS USING IT OR NOT.
PER DEPUTY JAN RAY (JOH)

IT IS UNLAWFUL TO FALSELY REPORT A CRIME.
WILL YOU PROSECUTE: (Y/N) _____

_____   _____        _____   _____        _____   _____
REPORTED BY            DATE                 REPORTING OFFICER       DATE                REVIEWED OFFICER       DATE