# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    **)**
    **)**
       *Movant,*    **)**
    **)**
**v.**    **)**
    **)**
UNITED STATES OF AMERICA,    **)**
    **)**
       *Respondent.*  **)**

---

# EXHIBIT 30

---

STATE OF OKLAHOMA    )                    KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

                           AFFIDAVIT


This is 1LT George Randolph #22 of the Internal Affairs and Special

Investigations Section of the Department of Public Safety, Oklahoma

Highway Patrol.  I'm at St Francis Hospital in Tulsa Oklahoma Room

9105.  The time is 9:33 AM. Today's date is September 24, 1999.

Present in the room with me is Kenneth Barrett, is that correct,

Kenneth Barrett?  What's your middle name?


BARRETT:   Eugene.


RANDOLPH: Kenneth Eugene Barrett.   Mr Barrett, are you aware I

have a tape recorder and your conversation is being recorded at

this time.


BARRETT:   Yes.


RANDOLPH: Okay, can I get you to speak up just a little bit?


BARRETT:   Yes.


RANDOLPH: Okay.  I previously before I turned this recorded on read

you your Miranda Rights, correct?


BARRETT:   Yes.


RANDOLPH: You understand those rights, Mr Barrett?

STATE OF OKLAHOMA    )                          KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

AFFIDAVIT


BARRETT:  Yes.


RANDOLPH: Mr Barrett what happened at your residence this morning?


BARRETT:  I was shot.


RANDOLPH: How were you shot?


BARRETT:  Through the legs.


RANDOLPH: I mean where were you at when you were shot?


BARRETT:  I was inside my house.


RANDOLPH: What room in your house were you in?


BARRETT:  In the bedroom.


RANDOLPH: You know who shot you?


BARRETT:  No.


RANDOLPH: You don't have any idea?


BARRETT:  No.  I don't.  It had to be somebody through the window.


2

STATE OF OKLAHOMA    )                    KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

AFFIDAVIT

RANDOLPH: Was there somebody at your residence that showed up that you didn't know, or

BARRETT:  Yeah, a truck pulled up in front of my house.

RANDOLPH: A truck pulled up in front of your house, what did the truck do?

BARRETT:  Just yelling and stuff and ah I was shot and didn't know what to do, just grabbed a gun and started protecting myself and I shot back down out my door and then I was told, I stopped shooting and I was told to get up and I couldn't get up, my legs was shot out from under me and I was grabbed by the hair of my head and jerked out in the yard, beat, stomped, repeatedly.

RANDOLPH: You were beat and stomped?

BARRETT:  Yeah.

RANDOLPH: Well, we'll get to that in a second.  Let me ask you a question, you say you were shot in your bedroom and after you were shot on the floor, you grabbed a weapon to defend yourself?

BARRETT:  Yes.

RANDOLPH: What kind of weapon were you using?

3

STATE OF OKLAHOMA       )                        KENNETH BARRETT
                        )SS
COUNTY OF TULSA         )

                              AFFIDAVIT

BARRETT:   An AR15.

RANDOLPH:  Is it a semi-automatic weapon?

BARRETT:   Yes sir.

RANDOLPH:  Okay, and you were laying down on the floor when you were shooting this rifle.

BARRETT:   I shot several times then I couldn't stand the pressure or the pain and I stopped shooting and the guy come in my house dressed in fatigues, never said he was an officer or nothing, just told me to get up and I told him I couldn't so he drug me outside, beat on me, messed my head up, stomped my leg, stomped my fingers, you know, told me I was going to die in the jail and I was dead meat.

RANDOLPH:  But you were laying down when you were shooting back?

BARRETT:   Yes.

RANDOLPH:  So you had already been shot when you started shooting back?

BARRETT:   Yes.

STATE OF OKLAHOMA )                          KENNETH BARRETT
                  )SS
COUNTY OF TULSA   )

AFFIDAVIT

RANDOLPH: And you say somebody (probably) shot you through the window?

BARRETT: Yeah, that's all I can figure through the window, cause I just got a weird pain in my legs.

RANDOLPH: And that's the first thing you realized that something happened, all of sudden you had some pain in your legs and you fell down you didn't

BARRETT: Yeah, I didn't

RANDOLPH: You didn't know anybody

BARRETT: It was weird, there wasn't anyone in the room or nothing, it was just weird.

RANDOLPH: You didn't know there was anybody outside?

BARRETT: Yeah, that truck was outside, but I didn't know if anybody else was.  See the truck come through my field and I got back in my house and they darn near come in my house, drove darn near in my house.

RANDOLPH: Had you already gone inside your house to get a weapon when you thought the trucks were coming

5

AFFIDAVIT

BARRETT:   I went in my house because I didn't know what to do.   I
didn't know what to do?

RANDOLPH: Did you see any markings on that truck?

BARRETT:   No.

RANDOLPH: Did it have any lights?

BARRETT:   No.

RANDOLPH: Were the headlights on?

BARRETT:   I seen just headlights.

RANDOLPH: No red lights or anything?

BARRETT:   Not that I noticed?

RANDOLPH: Did you see any black and white cars with headlights on
or lights on the top of them going?

BARRETT:   No, the truck was the only one I could see, parked right
in front of my door.

RANDOLPH: Had you been working in your shop previous to that?

STATE OF OKLAHOMA )                          KENNETH BARRETT
                   )SS
COUNTY OF TULSA    )

                          AFFIDAVIT

BARRETT:   Yes, me and my boy had been.


RANDOLPH: Where was your boy at?


BARRETT:   He was outside.


RANDOLPH: Was he still working in the shop?


BARRETT:   I believe so.


RANDOLPH: Had you intended to go back out there?


BARRETT:   Yeah, we were rolling up, we was just about done.


RANDOLPH: You were working on something out in the shop and you were done for the night?


BARRETT:   Working on a car for my son.


RANDOLPH: Working on a car for your son?


BARRETT:   Yeah.


RANDOLPH: Okay.  And this AR15 that your using, have you had that very long?

STATE OF OKLAHOMA     )                          KENNETH BARRETT
                      )SS
COUNTY OF TULSA       )

AFFIDAVIT

BARRETT:   Yes, a few years.

RANDOLPH: Has it ever had any modifications done to it.

BARRETT:   No sir.

RANDOLPH: None whatsoever.  What kind of ammunition were you using in it?

BARRETT:   Just UPC regular shells and (inaudible)

RANDOLPH: Okay, but you think somebody shot you through your window.

BARRETT:   I know they did,

RANDOLPH: And then you fell down and started shooting back laying on the floor?

BARRETT:   Yes, all I did was (inaudible) killed, and I was told I was gonna be as I was drug out.

RANDOLPH: What about being stomped, what do you mean they stomped you, what did they do?

BARRETT:   They handcuffed me and beat me and kicked me.  Walked by

8

me ever so often, took their foot, smashed it in my head, just kicked me, told me to look them straight in the eye and when I did beat me with a flashlight. Told me I was going to die in the jail.

RANDOLPH: You remember who told you that? Would you be able to recognize him, you know these people by name?

BARRETT: Some of them.

RANDOLPH: Which ones do you know?

BARRETT: Philpot.

RANDOLPH: Philpot, are these Deputies?

BARRETT: No, he's the Sheriff, I don't know who the guys were in cammo.

RANDOLPH: Did the guys in the cammo do anything to you like that?

BARRETT: Well one, he grabbed me and jerked me out of the house.

RANDOLPH: But after they jerked you out of the house and the handcuffed you, the guys in the cammo, did they do anything to you after that?

9

STATE OF OKLAHOMA    )                    KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

AFFIDAVIT

BARRETT:   I couldn't tell really who was doing it, because they had me face down.

RANDOLPH: Okay, what's your date of birth Mr Barrett?

BARRETT:   6-29-61.

RANDOLPH: What's your social security number?

BARRETT:   I'm not for sure, I'd have to look.

RANDOLPH: Okay.    Where do you work?

BARRETT:   I'm self employed.

RANDOLPH: You work out of your house?

BARRETT:   Yes, still stuck at home.

RANDOLPH: What kind of work do you do?

BARRETT:   Mechanic.

RANDOLPH: What do you mean your stuck at home, how come.

BARRETT:   Because I was blackmailed two ago by Frank Lloyd?

10

STATE OF OKLAHOMA    )                    KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

AFFIDAVIT

RANDOLPH: Who's Frank Lloyd?

BARRETT:  He's the D.A.'s Special Investigator.

RANDOLPH: How did he blackmail you?

BARRETT:  He come to me and told me he had me for doing drugs and I was gonna make three buys and I was gonna do ten years, told me I had two days to think about it, six months later here they come, took me to court and nothing was ever showed, I even subpoenaed the man and my lawyer stated at my preliminary that he was subpoenaed, and he was in the building that day and he never come in, and they just put a man on the stand (inaudible) say he was somebody that he wasn't that he come in my house and they could prove all it, they waited two years to take me to court and then they just suddenly lost my paperwork.

RANDOLPH: So this thing that occurred this morning you didn't know they had a felony warrant out for you?

BARRETT:  No sir, no sir.  I did not know nothing about a felony warrant.

RANDOLPH: Okay, did you have drugs or anything they'd be looking for, did they have reason to have a warrant for your arrest?

11

COPY

STATE OF OKLAHOMA   )                          KENNETH BARRETT
                      )SS

COUNTY OF TULSA     )

COPY

AFFIDAVIT

BARRETT:  Not that I know of.

RANDOLPH: Not that you know of.

BARRETT:  They mentioned a man sometimes.

RANDOLPH: Mentioned a what

BARRETT:  Man.

RANDOLPH: A van?

COPY

BARRETT:  A man,

RANDOLPH: A man.

BARRETT:  Boss is gonna take care of you now and like somebody was taking care of me or something, I didn't understand it and I kept telling them nobody's taking care of me or anything. *no thing, you know I didn't understand it.*

RANDOLPH: Okay.  Kenneth, let me ask you again, you only saw one vehicle pull up in your yard?

BARRETT:  Yes, about one vehicle.

RANDOLPH: About one or

STATE OF OKLAHOMA        )                          KENNETH BARRETT
                         )SS
COUNTY OF TULSA          )

AFFIDAVIT

BARRETT:  Well, I seen lights, but I ain't for sure there was another car because I seen the lights on the tree.

RANDOLPH: But you for sure saw one pull up in front?

A;   Yeah, he almost pulled in my door.

RANDOLPH: Okay.  Where were you at when you first saw him pulling up?

BARRETT:  I was in my house standing in between my doorway of the bedroom and living room.

RANDOLPH: And you just happened to look out and see him come driving up in your yard?

BARRETT:  Yeah. well ∧I mean he wasn't hard to see, he was almost in my front door.

RANDOLPH: Okay, and what happened then?

BARRETT:  I just heard a bunch of commotion, yelling outside and stuff, my boy was screaming and, the next thing I know I shot.

RANDOLPH: Next thing you know you were shot?

13

STATE OF OKLAHOMA    )                          KENNETH BARRETT
                      )SS
COUNTY OF TULSA     )

AFFIDAVIT

BARRETT: Yeah.

RANDOLPH: So your saying somebody else shot at you first?

BARRETT: Yeah.

RANDOLPH: And then you were laying on the floor because you couldn't stand up and shot back.

BARRETT: I had a gun there and I returned the fire, just that Bronco that was there, the Bronco, I didn't even know if anybody was in it I was just shooting back, I didn't know what to do and that hit me like my legs like crippled me, you know.

RANDOLPH: I understand you've been shot about six times?

BARRETT: Quite a few.

RANDOLPH: Okay.

BARRETT: Quite a few, I don't know how many.

RANDOLPH: Did the doctor tell you how long you were going to be in the hospital before you could get up and get around?

BARRETT: No. They won't even give me a phone call to call my

family or nothing, see if my boy's all right or anything.

RANDOLPH: Your son's okay.   I can tell you that much.   He wasn't
harmed at all.   Ah, you were standing in your house in between the
front doorway and your bedroom doorway when you saw the lights of
at least one vehicle.

BARRETT:  Yeah, he came about all the way in my door.

RANDOLPH: Almost all the way in your door.

BARRETT:  Yeah.

RANDOLPH: And when that happened you did what?

BARRETT:  I just turned around and listening to the yelling
wondering what to do, you know, and then my legs, my legs were hit.

RANDOLPH: And you fell down?

BARRETT:  Yeah, I fell, out on, just down on the ground like,
grabbed my gun and throwed fire out the door, just didn't
understand it all.

RANDOLPH: How many round do you think you fired out the door?

BARRETT:  I don't know, it was quite a few, I didn't, I didn't know

15

what to do, (inaudible) I'd been shot, I didn't know what to do.

I mean I hurt bad, it's like nothing I've experienced.


RANDOLPH: I think I already ask you this, is this a semi-automatic

or fully automatic AR15.


BARRETT:  Semi-automatic


RANDOLPH: It hasn't been modified?


BARRETT:  No sir.


RANDOLPH: Okay.  Can you think of anything else we need to know

about on this shooting deal out there?


BARRETT:  I just don't understand why, why they would be saying

that about somebody taking care of me,


RANDOLPH: I don't know, I wasn't there, so I don't know what to

tell you.


BARRETT:  (inaudible) I stayed holed up for three years, haven't

seen the inside of Wal-Mart for three years.  I don't go no where,

don't go anywhere.


RANDOLPH: Okay.

STATE OF OKLAHOMA    )                          KENNETH BARRETT
                     )SS
COUNTY OF TULSA      )

AFFIDAVIT

BARRETT:  After they blackmailed me (inaudible) the law checked me out every time they see me, handcuff me, I be out (inaudible) embarrass me and have to let me go and just got embarrassed time and time again and didn't have no charges, I just quit going anywhere, I just stayed home.

RANDOLPH: Okay.  I think your probably tired, so I'll get out of your hair and let you get some rest, but I want to make sure that you understand that on this tape I did read you Miranda card, your Miranda Rights to you before I started this tape recording, is that correct?

BARRETT:  Yes.

RANDOLPH: And you understand those

BARRETT:  Yeah.

RANDOLPH: And you talked to me of your own free will.

BARRETT:  Yes I did.

RANDOLPH: Okay, Mr Barrett I'm gonna turn this tape recorder off, it's ah 9:45 it's still the 24th of September and I appreciate you speaking with me.

17