**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,** )
                              )
                *Movant,* )
                              )
**v.** )
                              )
**UNITED STATES OF AMERICA,** )
                              )
             *Respondent.* )

---

**EXHIBIT 31**

---



f1312