# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
                                          )
                     *Movant,* )
                                          )
v.                                       )
                                          )
UNITED STATES OF AMERICA, )
                                          )
                   *Respondent.* )

---

# EXHIBIT 32

---

## DECLARATION OF JIMMY SUTTON

I, Jimmy Sutton, a person over the age of eighteen and competent to testify, declare the following:

1.  I am a licensed EMT and the former owner/operator of Muldrow EMS, a business that no longer exists. I once employed Casey Borders and did so in 1999 when we were called by a sheriff's dispatcher to attend a shooting victim in the McKee Community in Vian. Unless it was a hospital transfer, all the calls we received were from law enforcement dispatchers.

2.  My memory began to fail me several years ago prior to my heart attack and prior to my lung biopsy after which I aspirated and stopped breathing and was eventually intubated. I have a chronic lung disease and a pacemaker. I was intubated for two days. I recall details of my hospital stay because I repeat it seems like almost every day to someone I meet.

3.  I can remember many of the calls I received, but I can recall little or nothing of what transpired in these calls. Loss of memory is very strange because you can't remember what you can't remember. That's what I told the investigator who came to interview me about the shooting incident in Vian. When I told him that I couldn't recall details of that call, he read to me Casey's recollections and asked me if they were true how I could not remember them. I told him that I didn't.

Declaration of Jimmy Sutton   -1

4.     He asked me if I were called to testify if I would deny Casey's recollections. I said I couldn't deny them or confirm because I don't remember.

5.     I went to EMT school with Casey Borders so I have known him for a long time. The investigator asked me when we went to school and I told him that it was either in the later '80s or early 90s, which is my best recollection.

6.     My business used to be on Main Street in Muldrow. After closing the business it is where I stored my records. The entire building collapsed and all my records were destroyed.

7.     As the report reflects, Barrett was Casey's patient so he would have been the one to treat him and observe his wounds. The state requires that both the attendant and the driver sign each run report. I saw my initials on the report. They were not put there by me. Often, once inside the hospital, the driver immediately goes back to prepare the ambulance for the next call, while the attendant completes the handover of the patient and completes the report. Oftentimes the attendant will add the driver's initials because he is no longer there to do it himself. The original remains with the hospital, a copy goes to the state and another copy remains with the ambulance company. I noted that the report that I saw is the state's copy. I noted too that it came from the Checotah Police Department. I have no idea what or where that is.

Declaration of Jimmy Sutton   -2

8. I have never had reason to doubt Casey Border's honesty or integrity. He has never lied to me as far as I know. I have no reason to believe that his recollections are untrue or that he has any reason to lie.

I declare, under penalty of perjury, that the foregoing three-page declaration is true and correct.

Executed by me this 17 day of Dec., 2014, in Franklin County, Arkansas.

Jimmy Sutton

Declaration of Jimmy Sutton  -3