# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Respondent.* | ) |

---

## EXHIBIT 33

---

## DECLARATION OF DALE BARNHART

I, Dale Barnhart, a person over eighteen years of age and competent to testify, declare the following:

In 1999, I was Emergency Medical Services (EMS) coordinator for the southeast part of the state, which included Muldrow where Jimmy Sutton's Muldrow EMS was located. I have reviewed a run report, service # 313, dated 9/24/99, regarding a shooting incident off Dwight Mission that has a typed reference to the Checotah Police Department at the top. It is attached to my declaration and marked as Exhibit A and has been initialed by me.

Mainly, my job was to inspect ambulances, but because I was a field coordinator I sometimes received calls that were outside the scope of my employment, but within my field of knowledge, as one way or another I have been in the emergency services field for most of my working life, primarily as a designer/planner of emergency medical services in Washington state and Oklahoma. Mr. Sutton was one who would call me from time-to-time about problems, more than most did.

I don't recall one way or another Jimmy calling me about a problem with the above-referenced run report and my suggesting that he write a supplemental report. I recognized Casey Borders' name when the investigator who came to my home on 12/17/14 mentioned it when showing me this report. But if I was called about this report, I doubt it would have been Casey who called me; it would have been Jimmy.

Declaration of Dale Barnhart          Page 1

Truth is my office didn't have anything to do with reports, so if I did get a call like that I would have orally reported it to my boss at the EMS division of the health department in Oklahoma City. They wouldn't have done anything, and if they got nothing else in writing about it, like a complaint, that would have been the end of it. Generally, small ambulance companies only sporadically submitted run reports to the state even though they were supposed to send them in. Just a fact.

The reference to the Checotah Police Department typred on the run report is mystifying. Checotah is about 50 miles from Muldrow and has a small police department, but I cannot imagine why they would have had this report, let alone have their name on it.

After my retirement about 15 years ago, I was the Chairman of the EMS board of Le Flore County.

Executed by me this _19TH_ day of December 2014, in Le Flore County, Oklahoma.

_Dale Barnhart_
Dale Barnhart

11-29-99  13:32    ☎ 9184732930    CHECOTAH POLICE DEPT    🖨 001

## Oklahoma • Emergency Medical Services • Narrative
Use Blue/Black Ink - Press Firmly

**SERVICE NAME:** Muldrow EMS    **SERVICE #:** 313    09.28.99

**INCIDENT LOCATION:** 2½ miles north 5 miles East of Braggs McIn Co.

| PATIENT LAST NAME | FIRST | M.I. | PHONE | AGE | DATE OF BIRTH | SEX |
| --- | --- | --- | --- | --- | --- | --- |

**STREET ADDRESS**    SOCIAL SECURITY NUMBER

**CITY**    STATE    ZIP CODE    INSURANCE CODE #    MILEAGE

**PRIVATE PHYSICIAN**    MEDICAID #    IN

**BILL TO (COMPANY or NAME)**    PHONE    MEDICARE #    private pay    DEST

**ADDRESS**    STREET    GROUP INSURANCE #    SCENE

**CITY**    STATE    ZIP CODE    OTHER INSURANCE #    OUT

**CHIEF COMPLAINT:** Gun shot wound to ® knee ® Leg

**CURRENT MEDICATIONS:** ☒ NONE KNOWN

**ALLERGIES (MEDS):** ☒ NONE KNOWN

**PAST MEDICAL HISTORY:** ☒ NONE KNOWN   ○ MI   ○ CHF   ○ COPD   ○ ISP   ○ DIABETES   ○ CANCER   ○ OTHER

**NARRATIVE:** Trans. — pt coded to Sequoyah County Hospital on the orders of Sheriff John Philpot pt Involved In Apparent Gun fight Took Wound to ® Thigh and Left Leg, pt Had Minimal Bleeding wounds Bandaged. pt Somewhat Dysphoric Due to the Elements pt complain of some pain pt Had somewhat Slow cap. Reck pt Handcuffed In patrol Car accompanied by Sheriff John Philpot And State Parks Ranger Stan Philpot pt Has pulse of approx 88 on Radial so Therefore BP ↑ 80 pt refused to Let Anyone Touch Him However EMS Crew Did Exgasine wounds thru clothing over for Evidence pt wounds to Legs on the ® Looked to Be 2 or 3 poss 2 pt being Uncooperative During Transport pt Turned Down to ○ Narrative 1 of 1

[signatures and annotations, partly illegible]

515640    229

09/28/1999 12:46   9184277844   MULDROW EMS INC   9184277844   PAGE 01

00000451
KEB300639