# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,   )
   )
       *Movant,*   )
   )
v.   )
   )
UNITED STATES OF AMERICA,   )
   )
     *Respondent.*  )

# EXHIBIT 35

## STATEMENT OF WITNESS

| MONTH | DAY | YEAR | 24 HOUR TIME | COUNTY | | ACCIDENT NUMBER | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|

SHEET 1 OF 2 SHEETS

| TO BE COMPLETED BY WITNESS | (PLEASE PRINT) NAME OF WITNESS LAST | FIRST | MIDDLE INITIAL | | HOME PHONE | DATE OF BIRTH |
|---|---|---|---|---|---|---|

| HOME ADDRESS | CITY, STATE, & ZIP | BUSINESS ADDRESS | CITY, STATE, & ZIP | BUSINESS PHONE |
|---|---|---|---|---|

I _____ DO HEREBY MAKE THE FOLLOWING STATEMENT
(PLEASE WRITE LEGAL SIGNATURE)

OF MY OWN FREE WILL AND ACCORD CONCERNING _____

WHICH OCCURRED (LOCATION) _____

ON THE _____ DAY OF _____ 19____ TIME _____ A.M. OR P.M.

STATEMENT DATE

STATEMENT: (WITNESS MUST SIGN AT END OF STATEMENT)

9-24-99 *JRM* LOG Established by Mark Brunk SEQ. Co. S.O # 827 0330

9-24-99 *JRM* 0055 Perimeter Established by Jim McBride OHP

| Name | DEPT | IN | out |
|---|---|---|---|
| Vernon Phillips | OHP | 0405 | 0415 |
| Jim McBride | OHP | 0405 | 0415 |
| Rodney Burris *JRM* | IA | 0415 ON SCENE DIDN'T ENTER MARKED C.R S.C | |

@ 0555 hrs I, Mark Brunk was Relieved of Duty by Deput, JEFF Murray.

| | | | |
|---|---|---|---|
| RODNEY BURRIS *JRM* | IA | 0630 | 0631 |
| VERNON PHILLIPS | OHP | 0737 | 0749 |
| BEN ROSSER | OSBI | 0737 | 0931 0851 *JRM* DIDN'T LEAVE CRIME SCENE |
| PAUL GORDON | IA | 0739 | |
| VICKY JONES | OSBI | 0807 | |
| VERNON PHILLIPS | OHP | 0801 | 0804 |
| APRIL MARCANGELI | OSBI | 0801 | |
| RYAN PORTER | OSBI | 0801 | |
| LYNETTE LEE | OSBI | 0801 | |
| VERNON PHILLIPS | OHP | 0902 | 0952 |
| RAYMOND GRIENGER | OHP | 0919 | 1005 |
| RICK MANION | OHP | 0919 | 1005 |
| RODNEY BURRIS | IA | 0931 | |
| CRAIG NIXON | DEA | 0933 | 1010 |
| JUAN BEAL | DEA | 0933 | 1010 |
| BOB KNOX | OHP | 0947 | |

PAGE 2 foccows

ON 09/24/99 @ 0725 HRS I, JEFF MURRAY CHANGED THE DATE To
REFLECT THE ACTUAL DATE, AT THE DIRECTION OF RODNEY BURRIS

(OFFICER'S RANK & NAME) (BADGE NUMBER) TROOP OR DIVISION

DPS

KEB002419

| MONTH | DAY | YEAR | 24 HOUR TIME | COUNTY | | ACCIDENT NUMBER | | SHEET 2 OF 2 SHEETS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ADMINISTRATIVE |

| TO BE COMPLETED BY WITNESS | (PLEASE PRINT) NAME OF WITNESS | LAST | FIRST | MIDDLE INITIAL | | HOME PHONE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY, STATE, & ZIP | BUSINESS ADDRESS | | CITY, STATE, & ZIP | | BUSINESS PHONE |

I, _____ DO HEREBY MAKE THE FOLLOWING STATEMENT
(PLEASE WRITE LEGAL SIGNATURE)

OF MY OWN FREE WILL AND ACCORD CONCERNING _____

WHICH OCCURRED (LOCATION) _____

STATEMENT DATE:

ON THE _____ DAY OF _____ 19 ___ TIME _____ A.M. OR P.M.

STATEMENT: (WITNESS MUST SIGN AT END OF STATEMENT)

CONT'D LOG

| NAME | DEPT | IN | OUT |
|---|---|---|---|
| BEN ROSSER | OSBI | 1051 | 1101 |
| JON HUNTINGTON | OSBI | 1051 | |
| ZA SMITH | OSBI | 1048 | |

@ 1202 09/24/99 I, JEFF MURRAY #823 WAS RELIEVED BY TRP. RODNEY COPELAND #W871

Lt Randolph 2-22  OHP   1207   ON SCENE DIDN'T ENTER MARKED Crime
Lt JAMES, C-152  OHP   1219   ON SCENE DIDN'T ENTER MARKED Crime
VERNON PHILLIPS  OHP   1413

@ 1403 hrs on 09-24-99 I, Rodney Copeland #871 was Relieved by Lt. Bill James #152.

Lt. Bill James #152 Maintained Log until Closure of Log. @ 1610 hrs 9-24-99  WKJ #152

| (OFFICER'S RANK & NAME) | | (BADGE NUMBER) | TROOP OR DIVISION |
|---|---|---|---|

170 171

DPS.

KEB002420

# SEQUOYAH COUNTY SHERIFF'S DEPARTMENT
## CRIME SCENE ENTRY LOG
This log is necessary to show who entered the scene and their reason for being there.

| ORI # 0680000 | | CASE # | | DATE: |
|---|---|---|---|---|

| NAME | UNIT | TIME ARRIVED | TIME DEPARTED | SCENE DUTIES |
|---|---|---|---|---|
| STAN Phillpot | SO | | | |
| Kelly Karnes | SO | | | |
| Kenneth Wilson | SO | | | |
| Shelton Faie | SO | | | |
| Jeff Murray | SO | | | |
| Mark Brunk | SO | | | |
| Tom Lowe | MOF | | | |
| Carl Pieksant | MOF | | | |
| J.D. Yandell | MOF | | | |
| Frank Loyd | DA | | | |
| Clint Johnson | DA | | | |
| Johnny Philpot | SO | | | |
| Gary Phlpot | SALL | | | |
| Jim Waddell | DEA | | | |
| Diane B. Harrld | DA | | | |
| Jack Rossenberg | OHP | | | |
| Mike Sheep | OHP | | | |
| Juan Bedl | DEA | | | |
| Bill James | OHP | | | |
| Jack Boss | DA | | | |
| Delena Goss | | | | |
| Stuart Myers | OHP | | | |

| Reporting Officer: | I.D. # | Date: |
|---|---|---|

172

KEB002421

**99-11543**
**09-24-99**

## Persons at Crime Scene

**OSBI**
Ben Rosser
Dave Page
Vicky Jones
Za Smith
Jon Huntington
Lynette Lee
April Marcangeli
Ryan Porter

**Sequoyah Co. S.O.**
Sheriff Stan Philpot
Johnny Philpot
Mark Brunk
Kelly Karnes
Kenneth Wilson
Jeff Murray

**Moffett P.D.**
Tom Lowe
Other Unidentified Officers

**OHP**
Vernon Phillips
Jim McBride
Jack Rosenberg
Mike Sharp
Bill James
Paul Gordon, I.A.
Rodney Burriss, I.A.
Other Unidentified Officers

**Drug Task Force Dist. #27**
Frank Loyd
Clint Johnson
Dale Harrold, Adair Co. S.O.
Bryan Swim, Cherokee Co. S.O.

**Cherokee Co. S.O.**
Delena Goss

**D.A. Office**
Dianne Barker-Harrold
Darrell Dowty
Robbie Cowen

**DEA**
Jim Waddell
Kevin Wilson
Craig Nixon
Juan Beal

00000698