# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT, )
                     )
         *Movant,* )
                     )
v. )
                     )
UNITED STATES OF AMERICA, )
                     )
       *Respondent.* )

---

## EXHIBIT 36

---

# DECLARATION OF ROY COLEMAN

I, Roy Coleman, a person over eighteen (18) and competent to testify, mindful of the penalties of perjury, declare as follows:

1. I am a former deputy sheriff for Sequoyah County. I was a deputy under Sheriff John Philpot on September 24, 1999, the day the Oklahoma Highway Patrol attempted to serve a search warrant on the home of Kenneth Barrett in Vian, Oklahoma.

2. I was out at the crime scene after the incident at Ken Barrett's but I did not enter the crime scene or do anything at the crime scene. Had I done anything, I would have noted it in a report. I do not believe I wrote a report that night because I did not do anything.

3. I would certainly recall it if I helped expand the crime scene, and would surely have noted that in a report. Anyone who says that I expanded the crime scene or helped expand it is mistaken.

I declare under penalty of perjury that this one-page declaration is true and correct.

Executed by me this _12_ day of April, 2016 in _Sequoyah_ County, Oklahoma.

_____
Roy Coleman