# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

**KENNETH EUGENE BARRETT,** )
)
*Movant,* )
)
**v.** )
)
**UNITED STATES OF AMERICA,** )
)
*Respondent.* )

---

# EXHIBIT 38

---

**Attachment B** - OSBI Report Excerpt
showing #T50, ballistics plate.

LAB NO.: 99-11543
DATE: 11-18-99
PAGE: Three-ANM *ANM*

## Description of Evidence (continued):

#T35  Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #2A) found north of blue Chevrolet truck with no marked tag.

#T36  Sealed brown paper sack containing .380 casing (Marker #3A) found between OHP Unit 720 and front porch.

#T37  Sealed brown paper sack containing spring (Marker #4A) found north of Ford Bronco (tag #FAL-803)

#T38  Sealed brown paper sack containing piece of magazine (Marker #5A) found north of Ford Bronco (tag #FAL-803).

#T39  Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #6A) found north of blue Chevrolet truck with no marked tag.

#T40  Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #7A) found north of blue Chevrolet truck with no marked tag.

#T41  Sealed brown paper sack containing .223 "RP" casing (Marker #8A) found east of house and west of blue Chevrolet truck with no marked tag.

#T42  Sealed coin envelope containing .22 "SW" casing (Marker #9A) found southwest of front porch.

#T43  Sealed coin envelope containing 9 mm "SPEER" casing (Marker #10A) found east of blue Chevrolet truck with no marked tag.

#T44  Sealed coin envelope containing 9 mm "SPEER" casing (Marker #11A) found east of blue Chevrolet truck with no marked tag.

#T45  Sealed coin envelope containing 9 mm "RP" casing (Marker #12A) found southwest of porch.

#T46  Sealed coin envelope containing .223 "RP" casing (Marker #13A) found east of house and west of blue Chevrolet truck with no marked tag.

#T47  Sealed brown paper sack containing flash bang (Marker #14A) found west of house.

#T48  Sealed coin envelope containing paper bindle with razor and scrapings from metal frame to front door of house.

#T49  Sealed coin envelope containing paper bindle with razor and scrapings from front door of house.

#T50  Sealed brown paper sack containing ballistics plate found beneath Ford Bronco (tag# FAL-803).

#T51  Sealed brown paper sack containing Kevlar helmet found beneath Ford Bronco (tag# FAL-803).

#T52  Sealed coin envelope containing live round of ammunition from chamber of HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T53  Sealed brown paper sack containing twenty eight (28) 9 mm rounds of ammunition from right magazin of HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T54  Sealed brown paper sack containing thirty (30) 9 mm rounds of ammunition from left magazine and magazines from HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T55  Sealed brown paper sack containing disposable CPR mask found under Ford Bronco (tag# FAL-803).

#T56  Sealed large brown paper sack containing a ballistics shield found between house and Ford Bronco (tag# FAL-803).

Continued . . . . . .

196

KEB502194