# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,   )
            )
     *Movant,*   )
            )
v.           )
            )
UNITED STATES OF AMERICA,  )
            )
    *Respondent.* )

---

## EXHIBIT 43

---

 LexisNexis®

41 of 100 DOCUMENTS

Copyright 2004 The Tulsa World
Tulsa World (Oklahoma)

April 20, 2004 Tuesday Final Home Edition

**SECTION:** NEWS; Tulsa; Crime; Pg. A9

**LENGTH:** 880 words

**HEADLINE:** Man sentenced in trooper's slaying

**BYLINE:** RHETT MORGAN World Staff Writer

**BODY:**

Kenneth Eugene Barrett receives a 30-year prison term but could be eligible for parole in 2 1/2 years.

SALLISAW -- A judge on Monday handed a 30-year prison term to a man who was convicted of killing an Oklahoma Highway Patrol trooper and shooting another trooper during a 1999 drug raid in Sequoyah County.

Kenneth Eugene Barrett could be eligible for a parole hearing within 2-1/2 years, officials said.

Following a jury's recommendation, District Judge John Garrett handed Barrett a 20-year prison term for first-degree manslaughter. The sentence stems from the fatal shooting of Trooper David "Rocky" Eales on Sept. 24, 1999, during a drug-raid shootout at Barrett's rural cabin.

Garrett also ordered a consecutive 10-year sentence for assault and battery with a dangerous weapon for the shooting of Trooper John Hamilton.

Whether Barrett, 42, will receive credit for time served -- roughly 4 1/2 years -- will be determined by the state Department of Corrections, Garrett said. But an official with the state's Pardon and Parole Board said Monday that Barrett will earn credit for county jail time.

J.D. Daniels, the board's deputy director, also said that each of Barrett's sentences will be calculated at one-third of the prison term for parole purposes. The state's 85 percent law, which applies to people who have been convicted of serious crimes, was enacted less than a year after the crimes were committed.

That means that, given credit for his incarceration of 4 1/2 years, Barrett could receive a parole hearing in less than 2 1/2 years on the manslaughter count.

Man sentenced in trooper's slaying Tulsa World (Oklahoma) April 20, 2004 Tuesday Final Home Edition

"I don't think that the punishment fits the crime," said Kelli Eales, Rocky Eales' widow. "I understand how the justice system works, but I'm just really disappointed because Kenneth Barrett has had far more rights than Rocky Eales ever had.

"That's frustrating for just a common person, much less these law enforcement officers."

Prosecutors had sought the death penalty against Barrett on a first-degree murder charge. But a jury in February found him guilty of first-degree manslaughter instead, acquitting him of two shooting counts and reducing a third shooting count to assault and battery with a deadly weapon.

Barrett's first trial ended with a deadlocked jury in October 2002.

Kelli Eales said she wished jurors could have heard evidence about pending drug charges against Barrett, who faces marijuana and controlled substance counts.

Rocky Eales was a passenger in the lead vehicle of a five-vehicle tactical team caravan whose members were attempting to serve a "no-knock" warrant to search for methamphetamine at Barrett's residence. The 49-year-old trooper was shot three times.

"No amount of punishment could ever bring Rocky back, but justice, I wish, could have been served more accurately," said Kelli Eales, who has two young children. "We have to go on without him. We don't have a choice."

Hamilton and Barrett were injured in the gunbattle.

"Barrett has been one who does not obey the law as evidenced by his criminal history and willingness to use violence against law enforcement," Hamilton said in a background report prepared by the DOC.

Although Barrett had no previous felony convictions, the re port listed more than a dozen charges that had been filed against him since 1984, including assault and battery, resisting an officer and driving under the influence. Barrett began using drugs when he was about 14, he said previously in an investigative report.

"Thirty years just isn't much (punishment) for the life of a law enforcement officer out there doing a job," Hamilton said after Monday's sentencing. "It's a total loss to the Eales family. He was definitely serving a legal warrant. There's just no excuse for it."

John Echols, Barrett's lead attorney, contended at the trial that his client acted in self-defense against a heavily armed force engaged in a surprise assault on his home. Barrett opened fire with his .223-caliber rifle, but only after being wounded by law enforcement officers, Echols said in his closing statements.

The first two Ford Broncos of the caravan were unmarked, and testimony conflicted about whether Barrett saw the emergency lighting that was activated on the third vehicle, a black-and-white, marked unit.

"I was afraid for my safety, my son's safety (and) my property because I was shot and an unmarked truck ran up to my front door (and) someone was shooting," Barrett said in the background report. "I fired my rifle in self-defense.

"Regardless of the legal issues, I am very sorry for Mr. Eales' death (and) I am sorry for Mrs. Eales and their children."

Because of his admitted substance abuse and recent convictions, Barrett "could pose a threat to the community," said a presentence investigation report that recommended unspecified incarceration.

The report also claims that although Barrett says he "feels sorry" for Kelli Eales, he "still has not accepted responsibility for taking another human being's life."

"I believe Kenny is going to take advantage of every program he can when he's in custody," Echols said Monday. "He has a good attitude about the sentence and plans on being a model prisoner."

Rhett Morgan 581-8395 rhett.morgan@tulsaworld.com

**LOAD-DATE:** April 21, 2004