**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
                                 )
           *Movant,*     )
                                 )
v.                             )
                                 )
UNITED STATES OF AMERICA,    )
                                 )
          *Respondent.*  )

**EXHIBIT 44**

<u>DECLARATION OF GEOFFREY M. STANDING BEAR</u>

GEOFFREY M. STANDING BEAR, a person over the age of eighteen (18) and competent to testify, declares as follows:

1. I was second chair defense counsel for Kenneth Barrett in his first state trial on murder charges in the death of the Oklahoma Highway Patrol (OHP) Trooper, David "Rocky" Eales.

2. I *rarely now* practice law. I am now the Principal Chief of the Osage Nation. *GMS*

3. Federal defense attorneys never interviewed me about the state trial.

4. John Echols *and I discussed filing* filed a motion to allow the defense to wear guns in the courtroom because the OHP were carrying their side arms while observing the trial and were an intimidating presence in the courtroom. *I cannot recollect if the* The judge then ordered them not to wear their guns in the courtroom. *GMS*

5. After the jury came back without a verdict, the judge called Echols and me to the bench and asked if we had checked out of our hotel rooms. We advised him that we had. He said "good" because he was going to give us a head start to get out of town ahead of the OHP, because he worried about our safety. *GMS*

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this __9__ day of May 2016.

_____
GEOFFREY M. STANDING BEAR