# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
    )
       *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
       *Respondent.*  )

---

# EXHIBIT 49

---

# OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF
REPORT  INTERVIEW OF STEVEN EUGENE HASH

**STEVEN EUGENE HASH,** ███████████████████████████████,
Oklahoma Highway Patrol (OHP), Troop C, 651 North 43rd Street E, Muskogee, Oklahoma, 918/683-3256, provided the following information:

HASH had been employed with OHP since 1984. HASH had also been a member of the OHP Tactical Team for either twelve or thirteen years.

On September 22, 1999, HASH received a page from the OHP Muskogee Office that HASH was required to report to Camp Gruber near Braggs, Oklahoma, on September 23, 1999, at 1200 hours for an briefing on an operation. On September 23, 1999, HASH went to Camp Gruber and met with several members of the OHP Tactical Team. At the briefing, OHP Trooper BUDDY HAMILITON and retired OHP Trooper and DEA Task Force Agent DANNY OLIVER indicated that a request for raid assistance had been made on the KENNETH BARRETT residence located in Sequoyah County. Drug and arrest warrants had been obtained on BARRETT as he was suspected to be in possession of crank and marijuana. The warrants were "no knock" able to be served either day or night. The OHP Tactical Team were summoned due to knowledge of BARRETT'S violent past and his affiliation with weapons. Following the meeting at Camp Gruber, HASH and the other tactical team members conducted several training runs to prepare for the operation. During the afternoon hours of September 23, 1999, OHP Troopers JOHN HAMILTON and RAYMOND GRENINGER JR. did drive-byes of the BARRETT residence to obtain additional information.

On September 24, 1999, at approximately midnight, HASH and the other OHP Tactical Team met local officers at Dwight Mission Road and Highway 40 for final preparation. The operation consisted of five vehicles to make initial entry followed by a back up team and locals arriving a few minutes behind. The initial team consisted of the following vehicles and personnel:

1. **Vehicle One:** The lead vehicle (unmarked OHP white Ford Bronco) was driven by HAMILTON with OHP Trooper DAVID EALES on the passenger's side.

2. **Vehicle Two:** The second vehicle (unmarked OHP white Ford Bronco) was driven by OHP Trooper RAY GRENINGER with OHP Trooper RICKY MANION on the passenger's side.

3. **Vehicle Three:** The third vehicle (black and white marked OHP Ford Crown Victoria) was driven by HASH with OLIVER on the passenger's side.

INVESTIGATION ON  09/25/99          AT  WAGONER, OKLAHOMA          BY  ZA SMITH & JON HUNTINGTON  _JH_    FILE  CR 99-746

OFFENSE  HOMICIDE                          VICTIM  DAVID EALES              CASE AGENT  BEN ROSSER

OFFICE NERO      DATE REPORTED  12/21/99      DATE TYPED 12/21/99              TYPIST kc        APPROVED        IND  087

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distrib outside your agency.

4. **Vehicle Four:** The fourth vehicle (black and white marked OHP Ford Crown Victoria) was driven by OHP Trooper GENE HISE and OHP Trooper ROBERT DARST on the passenger's side with OHP Trooper BILLY POE in the back seat.

5. **Vehicle Five:** The fifth vehicle (an unmarked white Chevrolet Suburban) was driven by OHP Lieutenant KERRY PETTINGILL with OHP Lieutenant JIM MCBRIDE on the passenger's side.

After final preparation was made, the five vehicle initial entry team headed toward the BARRETT residence. HASH noted that while traveling toward the residence, his vehicle had the headlights and overhead lights on with no sound. HASH could not remember what lights, if any, the other vehicles had on. Upon arriving at their destination, Vehicles 1, 2, and 3 drove in front of BARRETT'S residence and entered in the next east driveway moving toward the residence. Entry was not made at BARRETT'S front gate due to it being locked. Vehicles 4 and 5 remained near the front gate to observe entry.

As HASH and OLIVER followed Vehicles 1 and 2 onto the property, they all drove through a ditch. As HASH and OLIVER cleared the ditch they heard the sound of gunshots. HASH remembered noting that Vehicles 1 and 2 were near the residence at the time. HASH then heard over the radio, "We have shots fired". From his vantage point HASH saw smoke and gunfire coming from the front of the residence. Due to darkness, smoke and commotion, HASH could not see anyone near the residence. HASH had stopped his vehicle and watched as HAMILTON and EALES attempted to get out of their vehicle (Vehicle #1).

HASH got out of his vehicle and ran to the side of the house where a blue pickup truck was parked. At that same location HASH saw MANION. HASH watched MANION fire several shots inside the residence through a window. After MANION fired the rounds, HASH saw a shadow of someone inside the residence fall down. After that no more shots were fired.

HASH watched the side and front of the house as others entered and removed BARRETT from the residence. MANION took BARRETT and placed him on the ground in the front yard. HASH used his handcuffs to secure BARRETT as MANION conducted a quick frisk of BARRETT for weapons. During a frisk of BARRETT, a handgun was removed from his front waist line. HASH stayed with BARRETT as MANION went into the residence to conduct a search. No one else was found inside the residence. A second person had been detained on the west side of the residence by others but HASH had not been involved.

After the residence had been secured, MANION went to assist HAMILTON who had been hurt during the incident. HASH had seen HAMILTON and he was bleeding around his face. HASH also heard someone yell, "We got a man down", and later found out that EALES had been seriously hurt. HASH saw EALES lying on the ground and he could see that EALES was bleeding

*54*

from the chest. MANION and HISE went to assist EALES. The backup team of other law enforcement arrived as MANION and others were trying to load EALES on the tailgate of GRENINGER'S vehicle. EALES was transported to the hospital.

HASH noted that during the incident he carried his Sig Sauer 220 pistol but did not fire any rounds. HASH was not hurt during the incident.