# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 51**

MR-13-13

Vicki Beaty
Court Clerk of Sequoyah County
120 E. Chickasaw, Suite 205
Sallisaw, Ok 74955
918-775-4411
Fax: 918-775-1223
Office Hours 8am till 4pm

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 2 6 2013

VICKI BEATY, COURT CLERK
BY _____ DEPUTY

Brenda Smith, 1st Deputy          Kathryn Victory, 2nd Deputy
Laura C. Barnes, Deputy.          Johnna Johnson, Cost.Admin.
Alicia Vann, Deputy               Amanda Hoover, Deputy
Whitney O'Bryan, Deputy           Jessica Walters, Deputy
Tara Howard, Deputy

August 19, 2013

Dear Mark Woods, in an effort to make room for new files we currently have to move our older files into the attic. There are 10 or more boxes in the attic that have your name on them marked as Exhibits do not destroy until 4-15-2021. According to Statute 20 O.S. 1011, court reporter to remove within 30 days after termination of employment, or can be Destroyed 6 months after termination. We would like to set up a time for you to come and pick up these Boxes. Or you can give our office approval to destroy them by Signing below. And returning this notice to our office Please contact me at the number listed above as soon as possible to set up a time to pick up your Exhibits.

Thank you!

Vicki Beaty, Court Clerk
By: _Laura C. Barnes_
        Deputy

I ___Mark Woods___ Give the Sequoyah County District Court office permission to destroy the above mentioned Exhibits marked with my name and a destroy date of 4/15/2021.

Signed this day ___22nd___ of ___August___, 2013
Court Reporter ___Mark W___