**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,      )
                                    )
              *Movant,*     )
                                    )
v.                               )
                                    )
UNITED STATES OF AMERICA,     )
                                    )
            *Respondent.*  )

---

**EXHIBIT 53**

---

<u>DECLARATION OF JACK GORDON</u>

JACK GORDON, a person over the age of eighteen (18) and competent to testify, declares as follows:

1. I am an attorney practicing law in Claremore, Oklahoma.

2. In 2004, I was appointed to represent Kenneth Barrett with John Echols in his second state jury trial.

3. On April 17, 2016, I was interviewed by Leonard Post, a private investigator working for the Federal Defenders of the Eastern District of California on behalf of Mr. Barrett's postconviction proceedings about matters relating to the testimony of the state's firearms and ballistics expert, Terrance Higgs.

4. I specifically recall that during the trial, it was my understanding that it was impossible to match the bullet fragment purportedly taken from the slain trooper during the autopsy to Kenneth Barrett's .223 Colt Sporter.

5. After talking with the investigator, I searched for my trial notes related to the testimony of the state's firearms expert. The notes were taken simultaneously to the second state trial proceedings. A true and correct copy of those notes are attached and initialed hereto.

6. The notes are consistent with my best memory of the trial testimony including that the state's expert witness, Terrance Higgs, did not run comparisons of Kenny Barrett's Sporter against the other .223s on the scene.

7. It also reflects that Higgs matched Ken's weapon to the fragment using a "preponderance of the evidence" standard.

8. As I recall, the state in no way sufficiently matched Ken's weapon to the fragment identified as having been removed from Trooper Eales.



9. Mr. Barrett's federal defense counsel have never contacted me about this or any other matter related to Mr. Barrett's state murder case or defense.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this ꝺꝉ day of April, 2016 in _____Rogers_____ County, Oklahoma.

Jack Gordon

STATE OF OKLAHOMA
COUNTY OF ROGERS

The foregoing instrument was acknowledged before me this 27 day of April, 20 16 by Jack E. Gordon Jr.

Crystal Walker   Notary Public
My Commission Exp. February 22, 2020

CRYSTAL WALKER
NOTARY PUBLIC
Commission #
16001850
My Commission
Expires 02-22-2020
STATE OF OKLAHOMA

Terrence Higgs

Firearms + Toolmark expert

Firearms received
1) .45 x 6
2) .223 Koch. HK 53 x 2
3) 9 mm S & W
4) 45 Sig Sauer
5) 45 Sig Sauer
6) 223 H + K
7) 223 H + K
8) 228 H + K
9) 223 Colt
10) 9mm S&W H+K
11) 223 H+K
12) 9mm H+K Aut
13) 45 Sig Sauer
14) 45 " "
15) 223 H+K
16) 223 Colt sporter  ——  REB Rifle eject back + right
17) 12 ga. shotgun  ① Received 72 .223 cartridge
18) 22 pistol              w/ 3 magazines
                          ② Rounds ejected to R
                          to 45" to rear +
                          37" to 69" right to
                          the rear

He was given 23 x 223 to casing comparison
                              all fired from 1 gun —
But did not compare = the sporter =
w/ other 223 rifles    admitting them one a at

✱✱✱ He compares using "preponderance of evidence"

19 One of them compared to Colt Sporter F-41
no comparison w/other weapons

Casings
( MP5  9mm Casings x5  OKP  63-99-77-1
  S&W  9mm  "  x2 - KEB
  1) T-35  Spear Blank  MP5
  2) T-39  "  "  MP5
  3) T-40  "  "  MP5
  4) T-43  "  "  MP5
  5) T-44  "  "  MP5
  ⟶ T-9 & T-45  9mm casings fired by KEB gun
  ( SH/7) - T-9  spent 9mm casing

Eyewit Finders

Live 1/8 of mile away
or less when shot heard
Gunshots
B'room in back of house
✗ automatic + single shot
  MP5 & AR15
  Jma up & looked outside window
✗ Saw 2 Browns & B&W W/ E light
✗ Gunfire stopped by then
  she looked out window
✗ 1½ hrs until ambulance came
  for Kevin