# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Respondent.* | ) |

---

## EXHIBIT 54

---

# DECLARATION OF LEONARD POST

I, Leonard Post, a person over eighteen (18) and competent to testify, mindful of the penalties of perjury, declare as follows:

1. I am a licensed investigator retained by the Federal Defenders Office of the Eastern District of California to assist in a post-conviction investigation on behalf of Kenneth Eugene Barrett, a person convicted of capital murder in the Eastern District of Oklahoma and currently under sentences of death and life without possibility of parole.

2. On March 23, 2015, I interviewed Marty Daggs, a person identified to me as a witness to matters relevant to Kenneth Barrett's case. The interview was conducted at the Sallisaw Office of Charles Smith Bail Bonds in Sallisaw, Oklahoma.

3. The following is a true and correct accounting of Marty Daggs' statements to me.

4. Marty Daggs is a person over the age of eighteen (18) and competent to testify.

5. Mr. Daggs runs the Sallisaw office of Charles Smith Bail Bonds, an independently owned and operated bail bond company. The company put up Kenneth Barrett's bond on his 1996 Delivery of a Controlled Substance charge, which bond was revoked in January1999 for failure to appear. However, the court did not notify the bonding company of the revocation so there was no reason for him to pick up Mr. Barrett. Absent notification of a revocation, his surety expired in 30 days by operation of law, and there would never be a need to bring in Mr. Barrett. .

6. Mr. Daggs said it presented an ideal situation for law enforcement. They revoke but don't notify the bonding company, (which is against the law). Now they have an arrest warrant hanging over a defendant—the threat is out there--they can bring him in any time they want. They have the defendant on a string and can lean on him or her to roll or become a "C.I." (Confidential Informant). Mr. Daggs said the situation is not uncommon in Sequoyah County.

Mr. Daggs knows Clint Johnson and says he was an overzealous cop who wanted to be something he was not. The rumors were that Johnson would confiscate 10 pounds and only 5 pounds would be turned in.

Mr. Daggs says there was an Oklahoma Highway Patrol ["OHP"] captain from Oklahoma City who monitored all the Barrett proceedings. He could not recall the name.

I declare under penalty of perjury that this two-page declaration is true and correct.

Executed by me this 10th day of May 2016 in New York County, New York.

Leonard Post
NYS Investigator's License #110001455413