# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,     )
                        )
             *Movant,*     )
                        )
v.                         )
                        )
UNITED STATES OF AMERICA,     )
                        )
          *Respondent.*  )

---

## EXHIBIT 56

---

TITLE OF
REPORT   INTERVIEW OF BILLY CARROLL POE

**BILLY CARROLL POE**, Trooper, Oklahoma Highway Patrol, Troop S, 32 N. E. 23rd Street, Oklahoma City, Oklahoma, 405/521-6103 , provided the following information:

POE was assigned to the Size and Weights Section of Troop S and in addition, served on the East Tactical Team. On Wednesday, September 22, 1999, POE was notified by his headquarters to be at Camp Gruber at noon on Thursday, September 23, 1999, for a briefing on an operation. He went to Camp Gruber on Thursday and received a briefing on an operation to take place in Sequoyah County. The team had aerial photographs of the operation area and a diagram of the residence to be secured. The team made an initial plan and rehearsed an entry on a mock layout of the scene. Their initial plan included a plan to deploy snipers in the area about one and a half hours prior to the entry, however, after Troopers BUDDY HAMILTON, RAYMOND GRENINGER, and RICK MANION conducted a drive-by check of the area, it was decided that they could not deploy snipers due to the dogs and surrounding neighbors.

Trooper MANION was changed to join the entry team and POE was changed from sniper to join Troopers GENE HISE and DOC DARST in their vehicle. POE changed his equipment and prepared to deploy with the others. Their plan was to leave Camp Gruber about midnight. He left Gruber at 2358 hours and traveled with the other team members to an intersection northwest of Sallisaw, Oklahoma, on Interstate Highway 40 and a county road. At that point the team met with investigators from the District Attorney's Office and Sequoyah County Sheriff's Office. From that meeting, the team traveled to the residence where the warrant was to be served.

Trooper HISE was driving the vehicle in which POE was a passenger in the back seat. Their assignment was to park at the front gate of the residence and provide cover for the entry team. When HISE pulled up out front, POE got out and took cover at the gate post. When he got out, POE could hear what sounded like automatic gunfire. He got lower in his cover and used his rifle to attempt to locate a target. He could see someone, who he believed was Trooper HAMILTON, in front of the OHP Bronco. He was unable to tell where the gunfire was coming from and was afraid to fire for fear of striking one of their own. He thought someone was inside the house firing out. He heard the others crossing the metal gate to enter the yard. He then also crossed the gate and ran to the front of HAMILTON's Bronco to provide cover. HAMILTON was in front of the Bronco, either on the ground or on the porch, yelling at someone in the house to come out. POE could tell that someone was down at the back of the Bronco.

---

INVESTIGATION ON 09/25/99          AT MCALESTER, OKLAHOMA          BY V. M. JONES          FILE CR 99-746

OFFENSE HOMICIDE          VICTIM DAVID EALES          CASE AGENT BEN ROSSER

OFFICE NERO          DATE REPORTED 10/05/99          DATE TYPED 10/05/99          TYPIST kc          APPROVED          IND 018

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be a outside your agency.

CR 99-746
INTERVIEW OF BILLY CARROLL POE
PAGE TWO

POE moved to where he could see inside the house and could see someone lying on the floor in a doorway to the right, just inside the front door of the house. HAMILTON was holding his pistol yelling for the person to come out. The man down on the floor said that he was shot and couldn't come out. HAMILTON entered the house and pulled the man outside. POE yelled and asked if they had cleared the house.

He continued to cover the front of the residence, and could hear others working on the injured Trooper, who was later identified as DAVID EALES. POE then entered the house with Troopers GRENINGER, MANION, HAMILTON, and Deputy DANNY OLIVER to clear the house. In the room to the right of the front door, POE observed a rifle which looked similar to an AR-15 rifle and a double barrel shotgun. Someone yelled for them not to touch anything, so POE did not attempt to clear the weapons. MANION yelled for a mirror so he could clear the loft. As HAMILTON was walking out, GRENINGER told HAMILTON that he had been hit. HAMILTON said that he knew he was hit and GRENINGER took him outside. GRENINGER took HAMILTON'S pistol from him and left it on the porch. They cleared the attic and the rest of the house.

When they finished, they backed out of the house and POE went to HISE'S car while someone taped off the area. POE recalled someone telling him to call home, so he telephoned his wife. After that, he telephoned his partner, Trooper BILL BOOKER. He remained at the scene a while and then they were all moved to the District Attorney's Annex.

On Friday afternoon Lieutenant KERRY PETTINGILL told them that their weapons had to be turned in. POE had secured his rifle in BOOKER'S vehicle, so POE recovered the weapon and met with the OHP Internal Affairs in Gore, Oklahoma, to turn over his weapon. Before returning to Camp Gruber, POE returned to the scene during daylight. He then returned to Camp Gruber.

Lieutenant PETTINGILL had them write a statement and POE believed the statements were turned over to the OHP attorney.

60

KFB502058