**DAVID B. AUTRY**, OBA #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone: (405) 521-9600

**HEATHER E. WILLIAMS**, Bar No. 122664
Federal Defender
**JOAN M. FISHER**, Idaho Bar No. 2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Joan_Fisher@fd.org
Attorneys for Defendant/Appellant
**KENNETH EUGENE BARRETT**

## IN THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | (E.D. Okl. Nos. 6:04-cr-00115 |
| | ) | JHP, 6:09-cv-00105-JHP) |
| KENNETH EUGENE BARRETT, | ) | (lower docket) |
| | ) | |
| Defendant/Appellant. | ) | |

_____

### NOTICE OF FILING OF MOTION
### FOR PRE-FILING AUTHORITY UNDER 28 U.S.C. § 2255(h)(1)
_____

NOTICE IS HEREBY GIVEN, that Defendant/Movant KENNETH E. BARRETT herein has timely caused to be filed a Motion for Pre-Filing Authority under 28 U.S.C. § 2255(h)(1). Mr. Barrett's seeks certification by this Court that Defendant/Movant's Section 2255 Motion to Vacate attached hereto contains newly discovered evidence pursuant to 28 U.S.C. § 2255(h), (h)(1). Said evidence—if proven and viewed in light of the evidence as a whole—unquestionably would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found Mr. Barret guilty of the offenses for which he was convicted.  28 U.S.C. § 2255(h), (h)(1).

Mr. Barrett has made a prima facie showing of newly discovered evidence under 28 U.S.C. § 2255(h)(1) in his attached Defendant/Movant's Section 2255 Motion to Vacate. *See Case v. Hatch*, 731 F.3d 1015, 1028-29 (10th Cir. 2013) (prima facie showing constitutes a simple showing of possible merit to warrant fuller exploration by district court). Such newly discovered evidence includes *inter alia* a May 11, 2015 declaration of critical witness and confidential informant Charles Monk Sanders, recanting his materially false trial testimony; evidence affecting the credibility of Sanders and witness Clint Johnson that was previously non-disclosed; and evidence of prosecutor Michael Littlefield's subornation of perjury from multiple witnesses and his presentation of materially false testimony that was used to secure Mr. Barrett's convictions and death verdict. *Napue v. Illinois*, 360 U.S. 264; *Giglio v. United States*, 405 U.S. 150 (1972).

On this day, Mr. Barrett has also conditionally filed Defendant/Movant's Section 2255 Motion to Vacate in the United States District Court for the Eastern District of Oklahoma, pending initial adjudication of this request for Pre-Filing Authority. For the

reasons fully enumerated his attached Motion, Mr. Barrett respectfully seeks certification

of Defendant/Movant's Section 2255 Motion to Vacate warranting collateral relief.

DATED:    May 11, 2016

Respectfully submitted,

/s/ *David B. Autry*
DAVID B. AUTRY, OBA No. 11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106
Telephone: 405-521-9600

HEATHER E. WILLIAMS, Bar # 122664
Federal Defender

/s/ *Joan M. Fisher*
JOAN M. FISHER, ISB No.2854
Assistant Federal Defender
Attorney for Federal Defender's Office
801 I Street, 3rd Floor
California 95814
Telephone: 916-498-666

Attorneys for Appellant Kenneth Barrett

<u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on this 11th day of May, 2016, I caused the foregoing Notice

of Filing of Motion for Pre-Filing Authority Under 28 U.S.C. § 2255(h)(1) to be filed with

the Clerk of the Court of Appeals, using the ECF System for filing and with service to be

made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov
United States Department of Justice,
Eastern District of Oklahoma.

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this

case.


Dated: May 11, 2016                         /s/ *Joan M. Fisher*
                                            JOAN M. FISHER, ISB No.2854
                                            Assistant Federal Defender