**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 13, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

In re: KENNETH EUGENE BARRETT,                 No. 16-7035

Movant.

_____

**ORDER**
_____

This matter is before the court on the movant's motion for authorization to file a successive motion under 28 U.S.C. § 2255(h)(1). The United States is directed to file a response to the motion on or before May 27, 2016.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk