**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

No. 16-7035

In re: **KENNETH EUGENE BARRETT**, Movant.

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO
RESPOND TO MOVANT'S MOTION TO FILE A SUCCESSIVE § 2255 MOTION**

The United States of America, by and through undersigned counsel, hereby moves this Court for an unopposed thirty-day extension of time, to and including June 27, 2016, in which to file its response to Movant's Motion to File a Successive § 2255 Motion. This Motion is made for good cause as set forth the in the attached Declaration of Jeffrey B. Kahan.

Although the statute governing second or successive motions states that "[t]he court of appeals shall grant or deny the authorization to file . . . not later than 30 days after the filing of the motion," 28 U.S.C. § 2244(b)(3)(D), that time-limit is not a jurisdictional requirement. *See Browning v. United States*, 241 F.3d 1262, 1263-64 (10th Cir. 2001) (en banc) ("[W]e agree with other circuits that the time limit in section 2244(b)(3)(D) is hortatory or advisory rather than

///

///

///

1

mandatory.") (internal quotation marks omitted; citing cases).  Neither party objects to extending the usual 30-day period for deciding whether to certify a successive motion in this case.

Dated: May 18, 2016.

Respectfully submitted,

MARK GREEN
United States Attorney,
Eastern District of Oklahoma

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax

**CERTIFICATE OF ECF FILING AND DELIVERY**

I, hereby certify that on May 18, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

Mr. David B. Autry dbautry44@hotmail.com
Ms. Joan M. Fisher Joan_Fisher@fd.org

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on May 18, 2016, to the following:

Not Applicable as Defendant Has Counsel

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN


**ADDITIONAL CERTIFICATIONS**

I hereby certify as follows:

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;
2. No hard copies of this pleading are required to be submitted to the clerk's office;
3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Virus Scan, updated July 20, 2015, and, according to the program, is free of viruses.

Dated: this 18th day of May 2016:

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN