**DECLARATION OF JEFFREY B. KAHAN RE: MOTION FOR EXTENSION OF TIME IN *IN RE: BARRETT***

I, JEFFREY B. KAHAN, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law duly licensed to practice before this Court and the courts of the State of Maryland and the Commonwealth of Pennsylvania. I am a Trial Attorney employed in the Capital Case Section of the Department of Justice, and am currently assigned to prepare the Government's response to Kenneth Eugene Barrett's Motion to File a Successive § 2255 Motion (Tenth Circuit case no. 16-7035, Doc. 01019619071).

The response is due May 28, 2016. Recognizing that the Court generally disfavors requests of this nature (Tenth Cir. R. 27.4), I respectfully request a 30-day extension of time, to and including June 27, 2016, in which to prepare, serve and file the brief. This Court has not previously granted the government any extension of time in this matter. I contacted Movant's counsel, David Autry and Joan Fisher, by e-mail, and they did not object to my request.

Movant is currently awaiting execution for intentionally killing a state law enforcement officer during a drug trafficking crime (21 U.S.C. § 848(e)(1)(B)) and serving two life sentences for firearm murder (18 U.S.C. § 924(e)) at the U.S. Penitentiary in Terre Haute, Indiana. He is concurrently serving an Oklahoma state prison sentence for assault and battery with a dangerous weapon that expires January 20, 2020.

Movant's motion to file a successive motion is 28 pages long. It refers to a proposed successive § 2255 motion that is 92 pages long and presents more than a dozen claims and sub-claims. Significantly, the proposed § 2255 motion is accompanied by 66 exhibits that encompass approximately 1000 pages of documentation. The volume of material in issue will require more time for review and response than the Court has allotted.

Additionally, I have substantial scheduling conflicts. I am counsel of record in *United States v. Santiago* (D. Colo. no. 10-CR-164-REB), a federal death-penalty case which is calendared for trial on October 17, 2016. In preparation for that trial, I am scheduled to travel to Los Angeles, California, on May 22, 2016, to conduct witness interviews. These interviews concern potential experts and were scheduled in anticipation of the government's expert disclosure deadline, June 20, 2016, 120 days before trial. Rescheduling the interviews would jeopardize my ability to meet the disclosure deadline, and the trial court has indicated its disinclination to continue the trial date. On May 24, 2016, I am scheduled to travel to Denver, Colorado, to prepare for a pair of hearings in the *Santiago* case, both of which are calendared for May 26, 2016. I anticipate the hearings will concern substantive issues related to the death penalty, for which I am the Department's subject matter expert in the *Santiago* case.

For the foregoing reasons, I respectfully request that this Court permit the government to extend the deadline for the government's responsive brief to June 27, 2016.

Executed at Washington, D.C. May 18, 2016:

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney, Capital Case Section