FILED
United States Court of Appeals
Tenth Circuit

May 19, 2016

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

In re: KENNETH EUGENE BARRETT,    |    No. 16-7035

Movant.

_____

**ORDER**
_____

This matter is before the court on the Respondent's motion for extension of time to file its response to the Movant's motion for authorization to file a successive motion under 28 U.S.C. § 2255(h)(1). The motion is granted. The response shall be served and filed on or before June 27, 2016.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk