No. 16-7035

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**IN RE KENNETH EUGENE BARRETT,**
**Movant.**

**MOTION TO SEAL UNREDACTED EXHIBIT 9, DOCUMENT NO. 10367889-22**

Movant, Kenneth Barrett moves to seal the inadvertently filed un-redacted Exhibit 9 filed in support of the Proposed Motion to Vacate, Set Aside or Correct on May 11, 2016 (entered on May 12, 2016) [Doc No 10367889-4]and filed as Doc 10367889-22 herein.

Mr. Barrett also files herewith his NOTICE of Filing of Redacted Exhibit 9 to replace the un-redacted Document #10367889- 22 with the redacted version attached thereto.

Counsel for the Government have been contacted and do not oppose this Motion.

//

//

//

Respectfully submitted this 24th day of May, 2016.

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

## <u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

This is to certify that on this 24th day of May, 2016, I caused the foregoing

**MOTION TO SEAL UNREDACTED EXHIBIT 9, DOCUMENT 10367889- 22**

to be filed with the Clerk of the Court of Appeals using the ECF System for filing

and with service to be made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel

in this case.

/s/ *Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender