**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 25, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

In re: KENNETH EUGENE BARRETT,          No. 16-7035

Movant.

_____

**ORDER**

_____

This matter is before the court on movant's motion to seal unredacted exhibit 9 to his "Motion For Pre-Filing Authority Under 28 U.S.C. 2255 (h)(1)." The motion is granted as contained herein. The undredacted exhibit shall be sealed and the redacted version of the exhibit (attached to movant's motion to seal) shall be attached to his motion for pre-filing authority.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk