

GOVERNMENT
EXHIBIT
5